**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> McKESSON CORPORATION, et al., <br><br> Defendants. _____/ | No. C 07-80123 JSW <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Maxine M. Chesney to determine whether it is related to *Angeles Chemical Company et al. v. McKesson Corporation et al.,* C06-80343 Misc MMC (EDL).

**IT IS SO ORDERED.**

Dated: May 9, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE