IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., | No. C 07-80123 MISC MMC |
| Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE LAPORTE** |
| v. | |
| MCKESSON CORPORATION, | |
| Defendant     / | |

Pursuant to Civil Local Rule 72-1, it is hereby ordered that Angeles Chemical Company's motion, filed May 8, 2007, to compel Squire, Sanders & Dempsey's compliance with the March 22, 2007 Order issued by Magistrate Judge Elizabeth D. Laporte, and the motion to shorten time for hearing thereof, are REFERRED to Magistrate Judge Laporte, to be heard and considered at the convenience of her calendar. The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Laporte's chambers.

**IT IS SO ORDERED**.

Dated: May 10, 2007

MAXINE M. CHESNEY
United States District Judge