# EXHIBIT A



SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

Office: +1.415.954.0200
Fax: +1.415.393.9887

Direct: +1.415.954.0368
DiGibson@ssd.com

March 28, 2007

**VIA FACSIMILE AND ELECTRONIC MAIL**

Jeffery Caufield, Esq.
Caufield & James
2851 Camino Del Rio South, Suite 250
San Diego, CA 92108

Re:     **Proposed Order Regarding SSD's Motion**

Dear Mr. Caufield:

We write regarding the Court's order dated March 22, 2007 ("Order"). There are three logistical and clarification issues that we would like to address.

1. As you know, SSD has already provided certain documents to McKesson, which we understand that McKesson has provided to your office. These were paper documents that we provided to McKesson in January, and microfiche that we provided in March. We request your agreement that we need not provide these again pursuant to the Court's Order, as you already have copies of them. Providing additional copies would simply create additional cost and burden for SSD.

2. The documents that you have already received, as described above, and those that are in the process of being reviewed prior to production to McKesson's counsel, contained some redacted documents which we stamped "Redacted." The Court's Order states that documents that we redact must be marked "Redacted – SSD." We request your agreement that the documents that have already been stamped "Redacted" need not be re-stamped "Redacted – SSD." Re-stamping the documents would simply create additional cost and burden for SSD.

3. In paragraphs 2, 4, and 5 of the Order, the Court refers to "SSD attorney work product and/or SSD attorney-client communications." As you know, the parties have frequently used the shorthand "SSD" to refer to both Squire, Sanders & Dempsey L.L.P. and Graham & James LLP and we understand that the Court's reference to SSD in these paragraphs is intended to include Graham & James LLP. For clarification, please confirm that you agree that SSD, as used in these paragraphs, includes Graham & James LLP.

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO | BRATISLAVA • BRUSSELS • BUDAPEST • FRANKFURT • LONDON • MOSCOW
PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • KYIV • MILAN • SANTIAGO
www.ssd.com

Jefferey Caufield, Esq.  
March 28, 2007  
Page 2

SQUIRE, SANDERS & DEMPSEY L.L.P.

Please let us know at your earliest convenience your agreement to each of these three clarifications; if you do not respond or do not agree, we will ask the Court for clarification.

          Sincerely,

          SQUIRE, SANDERS & DEMPSEY L.L.P.

          Diane L. Gibson

DLG/mdd

SANFRANCISCO/214910.2