# EXHIBIT B

## Henderson, Suzanne

| | |
|---|---|
| **From:** | Jeff Caufield [Jeff@caufieldjames.com] |
| **Sent:** | Thursday, March 29, 2007 4:26 PM |
| **To:** | Gibson, Diane L. |
| **Cc:** | Henderson, Suzanne; Amber Hinojosa; Ken James; Bryce Besser |
| **Subject:** | RE: 3/28 Letter |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Yellow |

Dear Ms. Gibson:

I have been out the last three days attending the funeral of my grandmother in Sacramento. Upon my return, I had over 233 different e-mails and letters that required my attention and had been received from Monday-Wednesday of this week.

Initially, from my skim of your letter, I believe that it would be appropriate for SSD to produce ALL documents to our office regardless of whether they had been previously transmitted to McKesson.
Unfortunately, as the original documents transmitted to McKesson do not appear to have been bates stamped, we cannot verify what we previously received is in fact what was sent to McKesson. If you want to ask McKesson for a copy of the documents previously produced and the McKesson privilege log and verify that ALL documents previously sent by SSD to McKesson have been produced and/or listed on a privilege log, then we obviously would not want duplicates.

With respect to previously redacted documents, you can either review the documents previously produced and identify those previously redacted by SSD by bates number and/or re-stamp those documents to reflect all redactions made by SSD verses McKesson.

It is our understanding that the term "SSD" is inclusive of Graham & James LLP.

Very truly yours,

Jeffery L. Caufield
Caufield James LLP

-----Original Message-----
From: Gibson, Diane L. [mailto:DiGibson@ssd.com]
Sent: Thursday, March 29, 2007 4:11 PM
To: Jeff Caufield
Cc: Henderson, Suzanne
Subject: 3/28 Letter

Dear Mr. Caufield:

Are you going to have a response to the letter that I sent you yesterday? Please let me know at your earliest convenience.

Sincerely,

Diane L. Gibson


Diane L. Gibson
Partner
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Third Floor
San Francisco, CA  94111
(415) 954-0200
digibson@ssd.com

Beijing - Bratislava - Brussels - Budapest - Caracas - Cincinnati - Cleveland - Columbus -

1

Frankfurt - Hong Kong - Houston - London - Los Angeles - Madrid - Miami - Moscow - New York - Palo Alto - Phoenix - Prague - Rio de Janeiro - Santo Domingo - San Francisco - Shanghai - Tallahassee - Tampa -Tokyo -Tysons Corner - Warsaw - Washington D.C. - West Palm Beach.   Associated Offices: Bucharest - Buenos Aires - Dublin - Kyiv - Milan - Riyadh - Santiago

This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.  If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.  Thank you

-----Original Message-----
From: Dimapasoc, Mary Ann D.
Sent: Wednesday, March 28, 2007 2:34 PM
To: 'jeff@caufieldjames.com'
Cc: Gibson, Diane L.; Henderson, Suzanne; Sinclair, Jean M.
Subject: Angeles Chemical Co., Inc. v. McKesson Corp, et al.

Mr. Caufield:

Per Ms. Gibson's request, please find the attached letter in the above-referenced case.

Mary Ann Dimapasoc
Executive Legal Secretary
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492
Direct Dial: +1.415.393.9841
Fax: +1.415.393.9887
mdimapasoc@ssd.com
www.ssd.com

Beijing    Bratislava    Brussels    Budapest    Cincinnati    Cleveland    Columbus    Hong Kong    Houston    London    Los Angeles    Madrid    Miami    Milan    Moscow    New York    Palo Alto    Phoenix    Prague    Rio de Janeiro    San Francisco    Shanghai    Tampa    Tokyo    Tysons Corner    Warsaw    Washington DC

Associated Offices:  Bucharest    Dublin    Kyiv

NOTICE:  This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information.  If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.