# EXHIBIT C



**SQUIRE, SANDERS & DEMPSEY L.L.P.**

One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

Office: +1.415.954.0200
Fax: +1.415.393.9887

Direct: +1.415.954.0368
DiGibson@ssd.com

April 5, 2007

## VIA FACSIMILE AND ELECTRONIC MAIL

Jeffery Caufield, Esq.
**Caufield & James**
2851 Camino Del Rio South, Suite 250
San Diego, CA  92108

     Re:    **Proposed Order Regarding SSD's Motion**

Dear Mr. Caufield:

    We write regarding Squire, Sanders & Dempsey L.L.P.'s ("SSD's") production of documents today to counsel for McKesson, pursuant to the Court's March 22, 2007 Order as clarified in our correspondence. The status is as follows:

    1.    Today we provided to McKesson's counsel, John Edgcomb, a duplicate set of SSD documents bate-stamped SSD 000001-SSD 004931 (002067-2101, 003658-59 intentionally omitted), which we had provided to McKesson in January and which we understand that McKesson provided to your office after its subsequent review, or withheld and detailed on a privilege log. These are the same as what we had previously provided to Mr. Edgcomb, except that those documents that we had previously marked "Redacted" have now been marked "Redacted – SSD." It is our understanding that Mr. Edgcomb's office will remove the same documents that it deemed privileged as per its logs dated January, 2007. We understand as Mr. Schenck has informed you, Univar claims privilege as to these documents. We therefore incorporate McKesson's objections and log.

    2.    Today we provided to McKesson's counsel, John Edgcomb, a duplicate disk of images obtained from microfiche, that we had previously provided to McKesson. This disk contains documents SSD004932-SSD009558 (SSD005139, 5315, 5431, 6156, 6386, 6391, 6414, 7022-7085, 7662, 7664, 7668-69, 7720-94, 7932-8031, 8531, 9156, 9400, 9418, 9475, 9536-9551 intentionally omitted). Nothing on that disk was marked redacted, so there has been no change to the documents on the disk.

    3.    Today per the Court's Order we provided to McKesson's counsel John Edgcomb two boxes of additional documents, bate-stamped SSD 002067-2101, 5315, 5431, 6156, 6386, 6391, 6414, 7022-7085, 7662, 7664, 7668-7669, 7720-7794, 7932-8031, 8531, 9156, 9400, 9418, 9536-9551, and 9559-16199 (certain subsets intentionally omitted). These documents include hard copies of documents printed from the microfiche that were not included in the above-described disk. Documents that we redacted have been marked "Redacted – SSD." We understand that, per the Court's orders, McKesson will provide these documents to your office after its review for privilege pursuant to those orders.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK · PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER
WASHINGTON DC · WEST PALM BEACH ‖ CARACAS · RIO DE JANEIRO · SANTO DOMINGO ‖ BRATISLAVA · BRUSSELS · BUDAPEST · LONDON · MADRID · MILAN · MOSCOW
PRAGUE · WARSAW ‖ BEIJING · HONG KONG · SHANGHAI · TOKYO ‖ ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · SANTIAGO
www.ssd.com

Jeffery Caufield, Esq.
April 5, 2007
Page 2

SQUIRE, SANDERS & DEMPSEY L.L.P.

    4.     We note that it is possible that some of the documents on McKesson letterhead and included in the SSD production were not provided to Graham & James LLP as part of the negotiations, due diligence, and/or closing of the 1986 transaction, but rather may have been supplied later by Graham & James' or SSD's clients or others. Given the amount of time that has passed and the duplication of documents within the files, it has not in every case been possible to ascertain when a particular document was first received.

    5.     Pursuant to the Court's Standing Order, SSD is not yet required to provide the log of documents withheld pursuant to claims of privilege. It is not yet possible for us to provide a final log. In order to move matters along, however, we enclose our current log of documents so withheld. We reserve the right to amend or augment this list between now and its due date, April 19, 2007. In particular, we reserve the right to log as privileged any additional documents that McKesson identifies as privileged, for the reasons stated by McKesson, and as discussed in ¶ 1 above.

    6.     As noted, SSD has marked as "Redacted – SSD" those documents from which it has "redacted" any material. Except as noted in item 7 below, the "redactions" are notes or markings known or suspected to be attorney client privileged communications or attorney work product. Pursuant to the Court's March 22, 2007 order, SSD is not required to "log" redactions of privileged materials from documents responsive to category 1(a) in the Order to preserve the privilege, and we have not done so. Thus, the log includes documents withheld relating to category 1(a) of the order, and documents withheld or redacted relating to category 1(b) of the Court's Order.

    7.     SSD has marked "Redacted – SSD" documents bates-numbered 013120-013387. These pages included information about McKesson employees, including social security numbers. For privacy reasons, we have redacted the social security numbers.

    8.     SSD has taken diligent steps to review its documents for attorney work product, attorney-client privilege and confidentiality. Given the large number of files under review, the length of time that has passed since most of the work was performed, and the number of entities that might claim a privilege as to documents in SSD's possession, we reserve the right to request the return of any documents that are later discovered to be subject to a claim of privilege and to have been inadvertently produced.

    Please let me know if you have any questions or comments.

Sincerely,

SQUIRE, SANDERS & DEMPSEY L.L.P.

*Diane L. Gibson*

Diane L. Gibson

DLG/mdd

SANFRANCISCO/215288.2

Privilege Log for Documents Withheld from Production by Squire, Sanders & Dempsey L.L.P.

The following abbreviations or short form references as used in the log below mean and include the following definitions:

Key:
G&J = Graham & James L.L.P.
SSD = Squire, Sanders & Dempsey L.L.P.
Nicholas Unkovic = Attorney, G&J, SSD
Francis G. Toldi = Attorney, G&J
Jennifer Hernandez = Attorney, G&J
Nicole Leonard = Attorney, SSD
Maureen Bennett = Attorney, G&J, SSD

Robert Thompson = Attorney, G&J
Faye Lee = Attorney, G&J
David S. Elkins = Attorney, SSD
Diane L. Gibson = Attorney, SSD
James P. Murphy = Attorney, SSD
Suzanne Henderson = Attorney, SSD

A/C = Document constituting or reflecting analysis or communications protected by the attorney-client privilege, including common interest or joint defense privilege
W/P = Document protected by attorney work product doctrine under state and/or federal law
Compilation = All or part of privileged compilation of documents; non-responsive portions not included
Due Diligence and Transaction Documentation = Legal advice and services provided in connection with the negotiation and documentation of a transaction, for a variety of purposes. Those purposes include transaction evaluation, preparation of transaction documentation, and advice re preparation for operational contingencies going forward, including litigation, among many others
Univar Audit Committee Documentation: Privileged post-acquisition evaluation regarding a variety of subject matters, including legal advice and/or evaluation of potential litigation

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 1. | SSD010890-010900 | Original document prepared by McKesson and/or its attorneys; notations added by G&J personnel including Michael Myers, Francis G. Toldi and G&J legal assistant or law clerk | G&J, and possibly G&J and/or SSD's client representatives | Bears date of 10/31/86, but may have been prepared earlier | Asset Purchase and Sale Agreement Memorandum of Closing | Draft Memorandum of Closing, with attorney and legal assistant notes | Sale of assets of McKesson Chemical Co. to DSW, Inc. | Due Diligence and Transaction Documentation | A/C W/P |

1

SANFRANCISCO/215949.1

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 2. | SSD010901 | Francis G. Toldi | Galen Buisant, Pakhoed Development, Inc. | 9/11/86 | Letter | Communication reflecting transmittal of copies of documents received from McKesson | Transmittal of documents | Cover letter reflecting attorney-client communication; Due Diligence and Transaction Documentation | A/C W/P |
| 3. | SSD010903-010905 | G&J | G&J and possibly G&J and/or SSD client representatives | 7/3/86 (approx.) | McKesson Confidential Files Listing | Listing of certain documents received by G&J from McKesson, with G&J notations | List of McKesson files | Due Diligence and Transaction Documentation | A/C W/P |
| 4. | SSD011640-011642 | G&J | G&J and possibly G&J and/or SSD client representatives | 7/3/86 (approx.) | McKesson Confidential Files Listing | Listing of certain documents received by G&J from McKesson, with G&J notations (same as 10903-10905 but with different notations) | List of McKesson files | Due Diligence and Transaction Documentation | A/C W/P |
| 5. | SSD011818-011852 | G&J | G&J, and possibly G&J and/or SSD client representatives | 7/23/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) with G&J notations | Transaction due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 6. | SSD011853-011893 | G&J | G&J, and possibly G&J and/or SSD client representatives | 8/1/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) with G&J notations (Faye Lee, Esq. and others) | Transaction due diligence | Due Diligence and Transaction Documentation | A/C W/P |

2

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 7. | SSD011894-011946 | G&J | G&J, and possibly G&J and/or SSD client representatives | 8/1/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) with G&J notations | Transaction due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 8. | SSD011947-011997 | G&J | G&J, and possibly G&J and/or SSD client representatives | 8/13/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) with G&J notations | Transaction due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 9. | SSD011998-012059 | G&J | G&J, and possibly G&J and/or SSD client representatives | 8/19/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) With G&J notations | Transaction due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 10. | SSD012060-012121 | G&J | G&J, and possibly G&J and/or SSD client representatives | 8/22/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) With G&J notations | Transaction due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 11. | SSD012122-012197 | G&J | G&J, and possibly G&J and/or SSD client representatives | 9/11/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) with G&J notations | Transaction due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 12. | SSD013804-013805 and SSD013820-013822 and SSD013826-013879 | SSD | SSD and possibly SSD client representatives | 2002 | None | Compilation of documents re: environmental issues | Environmental issues | Compilation re legal analysis, advice, and analysis of litigation and potential disputes or litigation | A/C W/P |

3

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 13. | SSD013806-013813 | SSD | N/A | 8/31/02 | Draft Invoice | Draft invoice reflecting, *inter alia*, transmittal of certain documents to F. Ross Boundy, attorney for Univar | Draft invoice for legal work performed | Billing; includes description of work performed re legal analysis, litigation and/or advice, and analysis of potential dispute or litigation | A/C W/P |
| 14. | SSD013814-013819 | SSD | Joel Summer Univar USA, Inc. | 9/12/02 | Invoice | Invoice reflecting *inter alia*, transmittal of certain documents to F. Ross Boundy, attorney for Univar | Invoice for legal work performed | Billing; includes description of work performed re legal analysis, litigation and/or advice, and analysis of potential dispute or litigation | A/C W/P |
| 15. | SSD013823-013824 | Francis G. Toldi | G&J, possibly G&J and/or SSD client representatives | 9/11/86 | Memorandum | Memorandum re: documents received from McKesson | Status of due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 16. | SSD013880 | Nicole Leonard | Erik Lannon, Records, SSD, and possibly SSD client representatives | 6/02 | Index of certain documents re: 1986 transaction, with directions re: storage | Index of certain documents received from McKesson, with SSD notations | Document index | Storage directions, reflecting advice to or communications with client and analysis of litigation and potential disputes or litigation | A/C W/P |
| 17. | SSD013881-013882 | Nicole Leonard | None known | 2002 | Untitled (Draft of SSD013880, above) | Index of certain documents received from McKesson | Document index | Storage directions, reflecting advice to or communications with client and analysis of litigation and potential disputes or litigation | A/C W/P |

4

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 18. | SSD013884-013963 | G&J | G&J, and possibly G&J and/or SSD client representatives | 10/23/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) with notations | Due Diligence Document Review Summary (Non-Environmental) with G&J notations | Due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 19. | SSD013966-014181 | G&J | G&J, and possibly G&J and/or SSD client representatives | 8/13/86-9/02/86 (approx.) | Due Diligence Document Review Summary (Environmental) | Due Diligence Document Review Summary (Environmental) with G&J notations | Due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 20. | SSD014182-014239 | G&J | G&J, and possibly G&J and/or SSD client representatives | 8/13/06 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) with G&J notations | Due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 21. | SSD014240-014268 | Harding Lawson or other agents of Univar/Van Waters & Rogers | SSD | Unknown | None | Compilation of documents prepared at direction of Univar's attorneys | Environmental issues | Compilation re Legal communications, advice, and/or litigation and/or potential dispute and litigation analysis | A/C W/P |
| 22. | SSD014269-014285 | Univar or its agents | SSD | 1987 | None | Compilation of documents prepared for Univar Audit Committee | Environmental issues | Compilation re Univar Audit Committee Documentation | A/C W/P |

5

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|-----|-------------|-----------------------------------|---------------------------------------------|-----------------------------|-------|-------------|---------|---------------------------|--------------------|
| 23. | SSD014286-014338 | Shidler firm or Univar or its agents at direction of Shidler firm | SSD | 1987 | None | Compilation prepared in 1987 for Univar Environmental Task Force by or on behalf of Shidler firm | Environmental issues | Compilation re Univar Audit Committee Documentation | A/C W/P |
| 24. | SSD014339-014340 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley, G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 25. | SSD014341-014346 | SSD | SSD | Unknown | None | Compilation of documents re: environmental issues | Environmental issues | Compilation re legal advice, communications, and/or litigation and/or potential litigation and/or dispute analysis | A/C W/P |
| 26. | SSD014347-014348 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley, G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 27. | SSD014349-914350 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley, G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |

6

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 28. | SSD014351-014352 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley, G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 29. | SSD014353-014366 | G&J or SSD | Unknown | Unknown | None | Compilation of permit documents | Permit documents | Legal communications, litigation and/or advice, and/or potential dispute or litigation analysis | A/C |
| 30. | SSD014710-014794 | Univar or its agents | Univar | 1987 | None | Compilation of documents prepared in 1987 for Univar Environmental Task Force | Environmental issues | Compilation re Univar Audit Committee Documentation | A/C W/P |
| 31. | SSD014804-014827 | Unknown – investigation continuing as to source and author of document | Unknown | Undated | Environmental Risk Assessment Questionnaires | Compilation of environmental questionnaires | Environmental issues | Possibly compilation re Due Diligence and Transaction Documentation. May have been prepared for purposes of legal advice or potential dispute or litigation analysis | A/C W/P (Potential) |
| 32. | SSD014902-014903 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley, G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |

7

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 33. | SSD014904 | Maureen Bennett | F. Ross Boundy, attorney for Univar | 8/20/02 | Letter | Letter re: transmittal of files | Transmittal of files | Transmittal of files associated with legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 34. | SSD014969 | G&J personnel | G&J personnel | Undated | None | Internal handwritten notes regarding storage of files | Transmittal of files | Transmittal of files associated with legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 35. | SSD014970-014971 | Robert Thompson | Jennifer Hernandez | 1/9/86 (may be incorrectly dated – possibly 1/9/87) | Memorandum | Memorandum re: McKesson site documents with attached box list, with G&J notations | McKesson site documents | Due Diligence and Transaction Documentation and transmittal of files associated with legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 36. | SSD014972-014973 | G&J | G&J | (Approx.) 2/87 | Univar Document Inventory | Document Inventory | Document Inventory | Description of document locations associated with Due Diligence and Transaction Documentation | A/C W/P |
| 37. | SSD014974-014976 | G&J | G&J | 2/26/87 | Master Document Inventory, February 26, 1987 mailing | Document Inventory | Document Inventory | Description of document locations associated with Due Diligence and Transaction Documentation | A/C W/P |

8

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 38. | SSD014979-014980 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley, G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 39. | SSD014981-014982 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley, G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 40. | SSD015005-015006 | Allan Bakalian. Esq. | Wayne Grotheer; Jim Holley, G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 41. | SSD015069 | Faye Lee | Susan Schmidt, Univar; Nicholas Unkovic | 12/17/87 | Letter | Letter re: transmittal of document | Transmittal of document | Cover letter associated with Due Diligence and Transaction Documentation | A/C W/P |
| 42. | SSD015079 | Joel Summer, Univar | Nicholas Unkovic | 7/29/02 | E-mail | Transmittal of documents | Document transmittal | Client communication relating to transmittal of documents associated with legal advice and/or litigation and/or potential litigation or dispute analysis | A/C W/P |

9

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 43. | SSD015079 | Nicholas Unkovic | Maureen Bennett, David S. Elkins, and James P. Murphy, attorneys | 7/30/02 | E-mail | Transmittal of documents | Document transmittal | Internal SSD communication relating to transmittal of documents associated with legal advice and/or litigation and/or potential litigation or dispute analysis | A/C W/P |
| 44. | SSD015210 | Maureen Bennett | Vic Johnson, Harding Lawson Associates | 6/28/96 | Letter | Letter re: transmittal of copies of documents. (Also includes privileged communications regarding unrelated matter for another client) | Document transmittal | Client communication; internal SSD communication relating to transmittal of documents associated with legal advice and/or litigation and/or potential litigation or dispute analysis | A/C W/P |
| 45. | SSD015303 | Suzanne Henderson | Leslie R. Schenck, Garvey Schubert Barer | 3/28/07 | Letter | Letter re: transmittal of copies of documents | Document transmittal | Letter relating to transmittal of copies of documents associated with legal advice and/or litigation and/or potential litigation or dispute analysis | A/C W/P |

10

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 46. | SSD015306-015307 | Suzanne Henderson | Leslie R. Schenck, Garvey Schubert Barer | 3/5/07 | Letter | Letter re: transmittal of copies of documents | Document transmittal | Letter relating to transmittal of copies of documents associated with legal advice and/or litigation and/or potential litigation or dispute analysis | A/C W/P |
| 47. | SSD015342 | Jennifer L. Hernandez | James F. Neyens, P.E., Harding Lawson Associates | 9/15/86 | Letter | Letter re: transmittal of copies of documents | Document transmittal | Due Diligence and Transaction Documentation; transmittal of files associated with legal advice and/or potential dispute or litigation analysis | A/C W/P |
| 48. | SSD SSD 012283 | Suzanne Henderson | N/A | 11/14/06-11/16/06 | Notes | Handwritten notes of telephone conference with Leslie Schenck | Documents | Communication re files associated with legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 49. | SSD SSD 012284 | Suzanne Henderson | File | 10/24/06 | Memorandum | Memo to file re: telephone message from Leslie Schenck on 10/23/06 | Documents | Transmittal of files associated with legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |

11

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 50. | SSD 015659, 05714-758, 015782-16067 | SSD | SSD and SSD client representatives, including Jennifer Kuenster, Thelen Reid & Priest LLP, Trish Kirschten (w/o encls); Joe Adams (w/o encls) | 7/25/02 | None | Letter and compilation of documents re Environmental Issues | Environmental Issues | Compilation re legal analysis, advice, and analysis of litigation and potential disputes or litigation | A/C W/P |
| 51. | SSD 016200 | Maureen Bennett | Joel S. Sumner, Vopak USA, Inc.; cc Nick Unkovic | 5/3/02 | None | Letter | Documents | Transmittal of documents re legal analysis, advice, and analysis of litigation and potential disputes or litigation | A/C W/P |
| 52. | SSD 016201 | Maureen Bennett | Mark Hooper Consultant to Univar; cc Nick Unkovic | 5/7/02 | McKesson | Letter | Documents | Transmittal of documents re legal analysis, advice, and analysis of litigation and potential disputes or litigation | A/C W/P |
| 53. | SSD 16202 | Nicole Leonord | SSD and SSD client representatives, including Jennifer Kuenster, Trisch Kirschter (w/o encls), Maureen Bennett (w/o encls) | 7/23/02 (Unclear whether draft or sent) | Privileged | Letter | Documents | Letter transmitting documents reflecting legal analysis, advice, and analysis of litigation and potential disputes or litigation, or draft thereof | A/C W/P |

12

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 54. | SSD 016203 | Sharon Webster, G&J Records | Unknown | 3/28/94 | Closed Files List | List of files | List of files | Storage of Due Diligence and Transaction Documentation and Documents regarding legal advice and/or advice re litigation, and/or advice re potential disputes or litigation | A/C W/P |
| 55. | Various | See attached | See attached | See attached | See attached | All documents on McKesson's privilege logs attached hereto | See attached | See attached | A/C W/P |

**Documents Withheld as Privileged From Documents Provided By Squire Sanders & Dempsey Because Already Listed on Previously Produced Privilege Logs**

| | Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|---|
| 1 | Undated | A. G Weiner, J.T. Hutton, MCK | Environmental Audit Committee Members | Environmental Audit Report with Environmental Audit Committee findings | SSD00002-SSD00006 | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054430-MCK0054434 |
| 2 | 1/28/1985 | I Meyerson, MCK | File | Minutes from meetings of Environmental Audit Committee. | SSD00038-SSD00040, SSD001971-SSD001973 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054388-MCK0054390 |
| 3 | 3/27/1985 | I Meyerson, MCK | File | Minutes from meetings of Environmental Audit Committee. | SSD00041-SSD00045, SSD001974-SSD001978 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054391-MCK0054395 |
| 4 | 6/20/1985 | I Meyerson, MCK | File | Minutes from meetings of Environmental Audit Committee. | SSD00046-SSD00047, SSD001979-SSD001980 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054396-MCK0054397 |
| 5 | 9/27/1985 | D Yellon, MCK | File | Minutes from meetings of Environmental Audit Committee. | SSD00048-SSD00050, SSD001981-SSD001983 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054398-MCK0054400 |
| 6 | 12/17/1985 | I Meyerson, MCK | File | Minutes from meetings of Environmental Audit Committee. | SSD00051-SSD00053, SSD001984-SSD001986 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054401-MCK0054403 |
| 7 | 1/27/1986 | I Meyerson, MCK | File | Minutes from meetings of Environmental Audit Committee. | SSD00054-SSD00056, SSD001987-SSD001989 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054404-MCK0054406 |
| 8 | 3/3/1986 | I Meyerson, MCK | File | Minutes from meetings of Environmental Audit Committee. | SSD00057-SSD00058, SSD001990-SSD001991 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054407-MCK0054408 |
| 9 | 3/31/1986 | I Meyerson, MCK | File | Minutes from meetings of Environmental Audit Committee | SSD00059-SSD00060, SSD001992-SSD001993 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054409-MCK0054410 |

| | Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged[1] | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|---|
| 10 | 3/3/1986 | I. Meyerson, McK | File | Minutes from meetings of Environmental Audit Committee. | SSD000061-SSD000062, SSD001994-SSD001995 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054407-MCK0054408 |
| 11 | 6/2/1986 | I. Meyerson, McK | File | Minutes from meetings of Environmental Audit Committee. | SSD00063-SSD000064, SSD001996-SSD001997 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054411-MCK0054412 |
| 12 | 2/7/1985 | I. Meyerson, McK | File, M. Minor, D. Schoonmaker, cc: B. Blocker McK | Intra-Company Correspondence re: memo re: observations of Environmental Audit Committee auditors at listed McK sites. | SSD000154-SSD000157 | McKesson Environmental Audit Committee Privilege Log re 6/17/05 McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | MCK0054271-MCK0054273 |
| 13 | 9/10/1984 | R. Fehler, McK | I. Meyerson, McK | Intra-Company Correspondence re: Chemical Company tanks score cards. | SSD000166-SSD000191 | McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 14 | 8/30/1985 | G. Slattery, M.D. Sands, McK | I. Meyerson, McK | Intra-Company Correspondence re: underground storage tank risk evaluation action plan for MCC and customers, with attached tables | SSD000436-SSD000446 SSD001265-SSD001281, SSD001382-SSD001391 (duplicate copy). SSD001604 (duplicate copy), SSD001609-SSD001620 (duplicate copy), SSD001625-SSD001626 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 15 | 2/26/1985 | Sheffield | | Completed Environmental Assessment Questionnaire, TX facility | | | No Bates |

Page 2 of 19

| | Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|---|
| 16 | 2/26/1985 | Wheeler | | Completed Environmental Assessment Questionnaire, Bloomington, IL facility | SSD001282-SSD001292, SSD003396-SSD003405 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 17 | 2/26/1985 | J Foster | | Completed Environmental Assessment Questionnaire, Augusta, GA facility | SSD001293-SSD001304, SSD003096-SSD003107 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 18 | 2/27/1985 | J Foster | I. Meyerson, McK | Completed Environmental Assessment Questionnaire, Altoona facility | SSD001305-SSD001315, SSD003317-SSD003327 (duplicate copy), SSD001316-SSD001317, SSD001439-SSD001452, SSD001670 (duplicate copy), SSD001674-SSD001684 (duplicate copy), SSD001688-SSD001698 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 19 | 2/25/1985 | Sheffield | | Completed Environmental Assessment Questionnaire, Houston, TX facility | | | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 20 | 2/26/1985 | Sheffield | | Completed Environmental Assessment Questionnaire, Amarillo, TX facility. | SSD001318, SSD001322-SSD001328, SSD001331-SSD001332, SSD001569 (duplicate copy), SSD001593-SSD001599 (duplicate copy), SSD001602-SSD001603 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 21 | 2/21/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Appleton facility. | SSD001339-SSD001349, SSD003388-SSD003395 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 22 | Undated | Joseph Gisotti | | Completed Environmental Assessment Questionnaire, Albany, NY facility. | SSD001350-SSD001359, SSD003307-SSD003316 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 23 | 2/25/1985 | B. Crumm | | Completed Environmental Assessment Questionnaire, Albuquerque, NM facility. | SSD001360-SSD001369, SSD001415-SSD001422 (duplicate copy), SSD001473-SSD001483 (duplicate copy), SSD001726-SSD001734 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged[1] | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 24 | 2/26/1985 | G. Bermosk | | Completed Environmental Assessment Questionnaire, Los Angeles, CA facility | SSD001372-SSD001381, SSD001487-SSD001495 (duplicate copy), SSD001737-SSD001746 (duplicate copy), SSD003033-SSD003041 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 25 | 2/26/1985 | C. Piercy | | Completed Environmental Assessment Questionnaire, Carlin, NV facility | SSD001392-SSD001401, SSD001882 (duplicate copy), SSD001886-SSD001892 (duplicate copy), SSD001895-SSD001896 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 26 | 2/22/1985 | Sheffield | | Completed Environmental Assessment Questionnaire, Corpus Christi, TX facility | SSD001402-SSD001411, SSD001627 (duplicate copy), SSD001632-SSD001638 (duplicate copy), SSD001642-SSD001643 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 27 | 2/26/1985 | Sheffield | | Completed Environmental Assessment Questionnaire, Dallas/Fort Worth, TX facility | SSD001412-SSD001414, SSD001423-SSD001438, SSD001644 (duplicate copy), SSD001649-SSD001664 (duplicate copy), SSD001668-SSD001669 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| | Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|---|
| 28 | 2/2/1985 | Sheffield | | Completed Environmental Assessment Questionnaire, Oklahoma City, OK facility, | SSD001453-SSD001462, SSD001690 (duplicate copy), SSD001695-SSD001701 (duplicate copy), SSD001705-SSD001706 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 29 | 2/20/1985 | Sheffield | | Completed Environmental Assessment Questionnaire, San Antonio, TX facility, | SSD001463-SSD001472, SSD001484-SSD001486, SSD001707 (duplicate copy), SSD001711-SSD001717 (duplicate copy), SSD001720-SSD001721 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | |
| 30 | 2/26/1985 | Unknown | | Completed Environmental Assessment Questionnaire, Tustin/ Orange County, CA facility | SSD001496-SSD001503, SSD001775 (duplicate copy), SSD001777-SSD001783 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 31 | 2/25/1985 | B. Crumm | | Completed Environmental Assessment Questionnaire, Phoenix, AZ facility | SSD001504-SSD001516, SSD001766 (duplicate copy), SSD001790-SSD001798 (duplicate copy), SSD001802-SSD001803 (duplicate copy), SSD004839-SSD004852 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 32 | 2/26/1985 | Unknown | | Completed Environmental Assessment Questionnaire, Riverside, CA facility | SSD001517-SSD001524, SSD001804-SSD001811 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06; and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 33 | 2/21/1985 | Unknown | | Completed Environmental Assessment Questionnaire, Tucson, AZ facility | SSD001525-SSD001532, SSD001814-SSD001821 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06; and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 34 | 2/26/1985 | C. Piercy | | Completed Environmental Assessment Questionnaire, Fresno, CA facility | SSD001533-SSD001542, SSD001844-SSD001851 (duplicate copy), SSD001854-SSD001855 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06; and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 35 | 2/26/1985 | C. Piercy | | Completed Environmental Assessment Questionnaire, Grand Junction facility | SSD001543-SSD001570, SSD001856 (duplicate copy), SSD001860-SSD001873 (duplicate copy), SSD001878-SSD001881 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06; and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 36 | 2/26/1985 | C. Piercy | | Completed Environmental Assessment Questionnaire, Portland, OR facility | SSD001371-SSD001588, SSD001807, SSD001898-SSD001911 (duplicate copy), SSD001914-SSD001915 (duplicate copy). | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06; and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 37 | Undated | C. Piercy | | Completed Environmental Assessment Questionnaire, Seattle, WA facility | SSD001587-SSD001588, SSD001921 (duplicate copy), SSD003770, SSD003771-SSD003772 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06; and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 38 | Undated | D. Landry | | Completed Environmental Assessment Questionnaire, Odessa, TX facility | SSD001724-SSD001725 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06; and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 39 | 2/26/1985 | Stan Barnhill | | Completed Environmental Assessment Questionnaire, Santa Fe Springs, CA facility | SSD001753, SSD001757-SSD001766, SSD001771-SSD001774, SSD003752-SSD003761 (duplicate copy), SSD003766-SSD003767 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06; and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 40 | 2/26/1985 | C. Piercy | | Completed Environmental Assessment Questionnaire, Denver, CO facility. | SSD001825-SSD001837, SSD001842-SSD001843 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 41 | 2/27/1985 | C. Piercy | | Completed Environmental Assessment Questionnaire, Union City, CA facility | SSD001927-SSD001933, SSD001936-SSD001939 | McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 42 | 4/16/1986 | I. Meyerson, McK | Fred Gentry, Pakhoed | List of pending Civil Litigation matters re: McKesson Chemical sites | SSD002050-SSD002053 | McKesson Pakhoed Documents Privilege Log, produced on 6/2/005 | MCK0054690-54693 |
| 43 | 2/25/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Kansas City, MO facility | SSD003000-SSD003008, SSD003574, SSD003575-SSD003583 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 44 | Undated | Monty Jordan | | Completed Environmental Assessment Questionnaire, North Haven facility. | SSD003072-SSD3082 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06. | No Bates |

Page 9 of 19

| | Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|---|
| 45 | Undated | J. Foster | | Completed Environmental Assessment Questionnaire, Atlanta, GA facility. | SSD003083-SSD003095 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 46 | 2/21/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Charlotte, NC facility. | SSD003108-SSD003119 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 47 | 2/25/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Greensboro, NC, facility. | SSD003120-SSD003144 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 48 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Jacksonville, MI facility. | SSD003145-SSD003168 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 49 | 2/22/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Richmond, VA facility. | SSD003169-SSD003178 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 50 | 2/25/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Spartanburg facility | SSD003179-SSD003191 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 51 | Undated | J. Foster | | Completed Environmental Assessment Questionnaire, Tampa, FL facility. | SSD003192-SSD003213 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 52 | 2/25/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Chatanooga, TN facility | SSD003214-SSD003223 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 53 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Geismar, LA facility | SSD003224-SSD003235 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 54 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Kingsport, TN facility | SSD003236-SSD003247 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 55 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Lafayette, LA facility | SSD003248-SSD003260 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 56 | Undated | J. Foster | | Completed Environmental Assessment Questionnaire, Little Rock, AR facility | SSD003261-SSD003270 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

Page 12 of 19

| | Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|---|
| 57 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Memphis, TN facility. | SSD003271-SSD003282 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 58 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Mobile, AL facility. | SSD003283-SSD003292 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 59 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Nashville/Murfreesboro, TN facility. | SSD003293-SSD003306 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 60 | Undated | J. Suchecki | | Completed Environmental Assessment Questionnaire, Fayetteville, AR facility. | SSD003328-SSD003335 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 61 | 2/28/1985 | Monty Jordan | | Completed Environmental Assessment Questionnaire, Boston/ Medford, MA facility. | SSD003336-SSD003343 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 62 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Buffalo, NY facility. | SSD003344-SSD003353 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 63 | 2/25/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Harrisburg, PA facility. | SSD003354-SSD003363 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 64 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Philadelphia, PA facility. | SSD003364-SSD003373 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 65 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Woodbridge, NJ facility. | SSD003374-SSD003385 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 66 | 2/25/1985 | Unknown | | Completed Environmental Assessment Questionnaire, Chicago Heights, IL facility. | SSD003366-SSD003387 SSD003406-SSD003425 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 67 | 2/26/1985 | Unknown | | Completed Environmental Assessment Questionnaire, Grand Rapids, MI facility. | SSD003426-SSD003435 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 68 | 2/25/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Milwaukee, WI facility | SSD003436-SSD003444 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged¹ | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 69 | 2/22/1985 | W. McCandless | | Completed Environmental Assessment Questionnaire, Schaumburg facility | SSD003445-SSD003452, SSD003791, SSD003792-SSD003796 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 70 | 2/25/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Cincinnati, OH facility, | SSD003453-SSD003463 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 71 | 2/25/1985 | Robert Hickman | | Complete Environmental Assessment Questionnaire, Cleveland, OH facility, | SSD003464-SSD003504 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 72 | 3/1/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Columbus, OH facility, | SSD003505-SSD003514 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 73 | 2/21/1985 | Unknown | | Completed Environmental Assessment Questionnaire, Dayton, OH facility. | SSD003515-SSD003524 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 74 | 2/28/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Detroit, MI facility | SSD003525-SSD003556 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 75 | 2/28/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Louisville, KY facility | SSD003557-SSD003564 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 76 | 2/28/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, St. Louis, MO facility. | SSD003565, SSD003602-SSD003614 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

Page 17 of 19

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged[1] | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 77 | Undated | Robert Hickman | | Completed Environmental Assessment Questionnaire, Burlington facility. | SSD003566-SSD003573 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 78 | 2/26/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Minneapolis, MN facility. | SSD003584-SSD003591 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 79 | 2/25/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Omaha, NE facility. | SSD003592-SSD003601 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 80 | 2/25/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Springfield, MO facility. | SSD003615-SSD003629 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| | Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|---|
| 81 | 2/25/1985 | Richard Hickman | | Completed Environmental Assessment Questionnaire, Wichita, KS facility | SSD003630-SSD003637 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 82 | 2/25/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Wichita, KS PRF facility. | SSD003649-SSD003656 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 83 | 2/25/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Dolton facility. | SSD003638-SSD003648 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 84 | Undated | Dwight Landry | | Completed Environmental Assessment Questionnaire, Santa Fe Springs facility, Pike Street Location, CA. | SSD003768-SSD003769 | McKesson Environmental Audit Committee Supplemental Privilege Log, produced 1/6/06 | No Bates |

* These documents may be located on additional previously produced privilege logs.

Page 19 of 19

**McKesson Privilege Log re: MCC-Related Documents Provided By Squire, Sanders & Dempsey**

| # | Date | Author(s) | Recipient(s) | CC | Format/Description | Bates No. | Privilege |
|---|------|-----------|--------------|----|--------------------|-----------|-----------|
| 1 | 8/19/1986 | Dinah Darman, Esq. McK | Dick Davis, McK | | Handwritten Note re: MES Air Sampling Audit with recommendations as to implementation | SSD00067 | A/C, AWP |
| 2 | 10/8/1986 | Dinah Darman, Esq. McK | Ron Powell, McK | Barry Blocker, Jon d'Alessio, Morry Minor | Intra-Company Correspondence re: Proposed Terminal Agreement with Lake River Corp. | SSD000540-SSD000541 | A/C, AWP |
| 3 | 10/14/1986 | Ronald Powell, McK | Dinah Darman, Esq. McK | | Intra-Company Correspondence re: suggested revisions re: Proposed Terminal Agreement with Lake River Corp. - seeking legal advice | SSD000545-SSD000648 | A/C, AWP |
| 4 | 9/31/1985 | Ivan Meyerson, Esq., McK; Michael Hencke, F. Paul Pizzo of Pliko & | Lydia Embry, McK | | Intra-Company Correspondence re: Ivan Meyerson's suggested revisions to McKesson Chemical Wichita Facility AT&SF railroad agreements. | SSD000663-SSD000664 | A/C, AWP |
| 5 | 9/1994 | Associates, Inc. | McKesson | | Draft Environmental Risk Assessment of McKesson Chemical Company prepared at request of counsel | SSD001998-SSD002049 | A/C, AWP |
| 6 | 6/12/1986 | McKesson | McKesson | | Woodbridge Service Center Personnel list. (REDACTED Social Security Numbers) Produced redacted version. | SSD002140 | Privacy |
| 7 | 9/26/1986 | Robert Hickman, McK | Dinah Darman, Esq. McK | B.B. Blocker, D.A. Davis, R.R. Powell, M.S. Kirkland, T.E. Nisler, Art Wiener, File Taylor, Michigan EPA Complaint. | Intra-Company Correspondence re: response to Darman's memo of 9/25/86 re: responding to Taylor, Michigan EPA Complaint. | SSD002918 | A/C, AWP |
| 8 | 3/18/1986 | Ivan Meyerson, Esq., McK | G. Van Velsor Wolf, Esq. Lewis & Roca, McK outside counsel Distribution: Dick Davis, Dwight Landry, Nick Gardner, Dale Sands, McK | Dick Davis, Nick Gardner, Dwight Landry, McK | Letter re: acting as outside counsel re: environmental response activities at McKesson Chemical Facility in Phoenix, AZ. | SSD004722 | A/C, AWP |
| 9 | 6/25/1986 | Dinah Darman, Esq., McK | | J. Lacey, D. Landry, B Crumm, R. Nugent, M. Bango, W. Loo, bcc: Phoenix Environmental File | Intra-Company Correspondence re: preparation of contract between MCC and Chemical Waste Management Inc. (CWMI) re: MCC Phoenix facility soil removal. | SSD004749 | A/C, AWP |
| 10 | 6/30/1986 | Nick Gardner, McK | Dick Davis, McK | | Intra-Company Correspondence re: Phoenix activities report. (REDACTED text describing discussions with Ivan Meyerson, Esq and G. Van Velsor Wolf, Esq., McK outside counsel). Produced redacted version. | SSD004758-SSD004760, SSD004914-SSD004916 (duplicate copy) | A/C, AWP |
| 11 | 7/2/1986 | Dinah Darman, Esq., McK | Nick Gardner, McK | Dick Davis, Dwight Landry, Dale Sands, McK | Intra-Company Correspondence re: Phoenix MCC facility soil removal: review of form agreement in operations manual for use with remedial contractor | SSD004762 | A/C, AWP |

| | Date | Author(s) | Recipient(s) | CC | Format/ Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|---|
| 12 | 7/9/1986 | Dinah Darman, Esq., McK | | Dick Davis, Dwight Landry, Dale Sands, McK | Intra-Company Correspondence re: Phoenix MCC facility and removal re: comments on proposed Waste Transportation and Disposal Agreement with CWMI. | SSD004794 | A/C, AWP |
| 13 | 7/25/1986 | Ivan Meyerson, Esq, McK | Nick Gardner, McK G. Van Velsor Wolf, Esq; Lewis & Roca, McK outside counsel | | Letter re: MCC Phoenix Service Center re: draft compliance order issued by ADHS. | SSD004797 | A/C, AWP |
| 14 | 8/4/1986 | Nick Gardner, McK | I. Meyerson, Esq., D. Davis, W. Loo, D. Landry | J. Lacey | Intra-Company Correspondence re: I. Meyerson's preparation of response to ADHS draft order re: Phoenix Service Center. | SSD004798 | A/C, AWP |
| 15 | 8/19/1986 | Nick Gardner, McK | I. Meyerson, Esq, D. Davis, D. Landry, W. Loo, bcc: Phoenix Environmental | | Intra-Company Correspondence re: N. Gardner's comments on draft ADHS compliance order re: Phoenix facility | SSD004805-SSD004807 | A/C, AWP |
| 16 | 2/11/1986 | Nick Gardner, McK | Dick Davis, McK | J. Lacey, D. Landry, B. Crumm, W. Loo, R. Nugent | Intra-Company Correspondence re: Phoenix environmental response status report. (REDACTED text of one entity describing discussions with Ivan Meyerson, Esq.) Produced redacted version. | SSD004809-SSD004811, SSD004717-SSD004719 (duplicate copy) | A/C, AWP |
| 17 | 4/11/1986 | Nick Gardner, McK | Dick Davis, McK | J. Lacey, D. Landry, B. Crumm, R Nugent/ W. Bango, W. Loo, | Intra-Company Correspondence re: Phoenix environmental response activities report (REDACTED text of on#F13e entry describing discussions with Ivan Meyerson, Esq, and G. Van Velsor Wolf, Esq., McK outside counsel). Produced redacted version. | SSD004912-SSD004913, SSD004723-SSD004724 (duplicate copy) | A/C, AWP |