# EXHIBIT E

## Henderson, Suzanne

| | |
|---|---|
| From: | Gibson, Diane L. |
| Sent: | Tuesday, April 10, 2007 11:31 AM |
| To: | 'jeff@caufieldjames.com' |
| Cc: | Henderson, Suzanne |
| Subject: | Your April 9 Email |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Yellow |


Dear Mr. Caufield: We write to respond to your email of April 9. We have also since received Mr. Edgcomb's response to your email. We encourage you to first review the documents that, at great expense and effort, SSD has produced, before sending us emails asking us what is included in them. While your reference to "the index referenced in Judge LaPorte's Order" is unclear to us, in an effort to meet and confer we will point out that our initial privilege log, which we sent to you last Thursday, includes indexes that have been withheld as privileged, as described on the log. (As previously noted, the log is not yet due, and we reserve our right to revise or augment the initial log that we provided to you in advance as a courtesy.)

As to the rest of your email, we do not intend to involve ourselves in any disputes between your office and McKesson's counsel. If you wish to meet and confer with us as to any other aspect of SSD's production, please let us know.


Sincerely,

Diane L. Gibson
Partner
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Third Floor
San Francisco, CA  94111
(415) 954-0200
digibson@ssd.com

Beijing - Bratislava - Brussels - Budapest - Caracas - Cincinnati - Cleveland - Columbus - Frankfurt - Hong Kong - Houston - London - Los Angeles - Madrid - Miami - Moscow - New York - Palo Alto - Phoenix - Prague - Rio de Janeiro - Santo Domingo - San Francisco - Shanghai - Tallahassee - Tampa -Tokyo -Tysons Corner - Warsaw - Washington D.C. - West Palm Beach.   Associated Offices: Bucharest - Buenos Aires - Dublin - Kyiv - Milan - Riyadh - Santiago

This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.  If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer. Thank you