# EXHIBIT F

# SQUIRE SANDERS

LEGAL
COUNSEL
WORLDWIDE

SQUIRE, SANDERS & DEMPSEY L.L.P.

One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

Office: +1.415.954.0200
Fax: +1.415.393.9887

**Direct: +1.415.954.0368**
**DiGibson@ssd.com**

April 11, 2007

**VIA ELECTRONIC MAIL AND U.S. MAIL**

Jeffery Caufield, Esq.
**Caufield & James**
2851 Camino Del Rio South, Suite 250
San Diego, CA  92108

        Re:    **SSD's Document Production**

Dear Mr. Caufield:

        Pursuant to the Court's Standing Order, Squire, Sanders & Dempsey L.L.P. ("SSD") is not yet required to provide a log of documents withheld from SSD's April 5, 2007 production of documents pursuant to claims of privilege.  We previously provided an initial log.  We enclose a revised log.

        We reserve the right to amend or augment the log further between now and its due date, April 19, 2007.  In particular, we reserve the right to log as privileged any additional documents that McKesson identifies as privileged.

        SSD has taken diligent steps to review its documents for attorney work product, attorney-client privilege and confidentiality.  Given the large number of files under review, the length of time that has passed since most of the work was performed, and the number of entities that might claim a privilege as to documents in SSD's possession, we reserve the right to request the return of any documents that are later discovered to be subject to a claim of privilege and to have been inadvertently produced.

                Sincerely,

                SQUIRE, SANDERS & DEMPSEY L.L.P.

                Diane L. Gibson

DLG/mdd

SANFRANCISCO/216627.1

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK · PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER
WASHINGTON DC · WEST PALM BEACH I CARACAS · RIO DE JANEIRO · SANTO DOMINGO I BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW
PRAGUE · WARSAW I BEIJING · HONG KONG · SHANGHAI · TOKYO I ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · MILAN · SANTIAGO
www.ssd.com

# Privilege Log for Documents Withheld from Production by Squire, Sanders & Dempsey L.L.P.

The following abbreviations or short form references as used in the log below mean and include the following definitions:

Key:
G&J = Graham & James L.L.P.
SSD = Squire, Sanders & Dempsey L.L.P.
Nicholas Unkovic = Attorney, G&J, SSD
Francis G. Toldi = Attorney, G&J
Jennifer Hernandez = Attorney, G&J
Nicole Leonard = Attorney, SSD
Maureen Bennett = Attorney, G&J, SSD

Robert Thompson = Attorney, G&J
Faye Lee = Attorney, G&J
David S. Elkins = Attorney, SSD
Diane L. Gibson = Attorney, SSD
James P. Murphy = Attorney, SSD
Suzanne Henderson = Attorney, SSD

A/C = Document constituting or reflecting analysis or communications protected by the attorney-client privilege, including common interest or joint defense privilege
W/P = Document protected by attorney work product doctrine under state and/or federal law
Compilation = All or part of privileged compilation of documents; non-responsive portions not included
Due Diligence and Transaction Documentation = Legal advice and services provided in connection with the negotiation and documentation of a transaction, for a variety of purposes. Those purposes include transaction evaluation, preparation of transaction documentation, and advice re preparation for operational contingencies going forward, including litigation, among many others
Univar Audit Committee Documentation: Privileged post-acquisition evaluation regarding a variety of subject matters, including legal advice and/or evaluation of potential litigation

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 1. | SSD010890-010900 | Original document prepared by McKesson and/or its attorneys; notations added by G&J personnel including Michael Myers, Francis G. Toldi and G&J legal assistant or law clerk | G&J, and possibly G&J and/or SSD's client representatives | Bears date of 10/31/86, but may have been prepared earlier | Asset Purchase and Sale Agreement Memorandum of Closing | Draft Memorandum of Closing, with attorney and legal assistant notes | Sale of assets of McKesson Chemical Co. to DSW, Inc. | Due Diligence and Transaction Documentation | A/C W/P |

1

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 2. | SSD010901 | Francis G. Toldi | Galen Buisant, Pakhoed Development, Inc. | 9/11/86 | Letter | Communication reflecting transmittal of copies of documents received from McKesson | Transmittal of documents | Cover letter reflecting attorney-client communication; Due Diligence and Transaction Documentation | A/C W/P |
| 3. | SSD010903-010905 | G&J | G&J and possibly client representatives | 7/3/86 (approx.) | McKesson Confidential Files Listing | Listing of certain documents received by G&J from McKesson, with G&J notations | List of McKesson files | Due Diligence and Transaction Documentation | A/C W/P |
| 4. | SSD011640-011642 | G&J | G&J and possibly SSD client representatives | 7/3/86 (approx.) | McKesson Confidential Files Listing | Listing of certain documents received by G&J from McKesson, with G&J notations (same as 10903-10905 but with different notations) | List of McKesson files | Due Diligence and Transaction Documentation | A/C W/P |
| 5. | SSD011818-011852 | G&J | G&J and possibly G&J and/or SSD client representatives | 7/23/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) notations | Transaction due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 6. | SSD011853-011893 | G&J | G&J, and possibly G&J and/or SSD client representatives | 8/1/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) notations (Faye Lee, Esq, and others) | Transaction due diligence | Due Diligence and Transaction Documentation | A/C W/P |

2

SANFRANCISCO/215049.2 Revised April 11, 2007

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 7. | SSD011894-011946 | G&J | G&J, and possibly G&J and/or SSD client representatives | 8/1/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) with G&J notations | Transaction due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 8. | SSD011947-011997 | G&J | G&J, and possibly G&J and/or SSD client representatives | 8/13/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) with G&J notations | Transaction due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 9. | SSD011998-012059 | G&J | G&J, and possibly G&J and/or SSD client representatives | 8/19/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) with G&J notations | Transaction due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 10. | SSD012060-012121 | G&J | G&J, and possibly G&J and/or SSD client representatives | 8/22/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) With G&J notations | Transaction due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 11. | SSD012122-012197 | G&J | G&J, and possibly G&J and/or SSD client representatives | 9/11/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) | Due Diligence Document Review Summary (Non-Environmental) with G&J notations | Transaction due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 12 | SSD013804-013805 SSD013820-013822 and SSD013826-013879 | SSD | SSD and possibly SSD client representatives | 2002 | None | Compilation of documents re: environmental issues | Environmental issues | Compilation re legal analysis, advice, and analysis of litigation and potential disputes or litigation | A/C W/P |

3

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 13. | SSD013806-013813 | SSD | N/A | 8/31/02 | Draft Invoice | Draft invoice reflecting, *inter alia*, transmittal of certain documents to F. Ross Boundy, attorney for Univar | Draft invoice for legal work performed | Billing; includes description of work performed re legal analysis, litigation and/or advice, and analysis of potential dispute or litigation | A/C W/P |
| 14. | SSD013814-013819 | SSD | Joel Summer Univar USA, Inc. | 9/12/02 | Invoice | Invoice reflecting *inter alia*, transmittal of certain documents to F. Ross Boundy, attorney for Univar | Invoice for legal work performed | Billing; includes description of work performed re legal analysis, litigation and/or advice, and analysis of potential dispute or litigation | A/C W/P |
| 15. | SSD013823-013824 | Francis G. Toldi | G&J, possibly G&J and/or SSD client representatives | 9/11/86 | Memorandum | Memorandum re: documents received from McKesson | Status of due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 16. | SSD013880 | Nicole Leonard | Erik Lannon, Records, SSD, and possibly SSD client representatives | 6/02 | Index of certain documents re: 1986 transaction, with directions re: storage | Index of certain documents received from McKesson, with SSD notations | Document index | Storage directions, reflecting advice to or communications with client and analysis of litigation and potential disputes or litigation | A/C W/P |
| 17. | SSD013881-013882 | Nicole Leonard | None known | 2002 | Untitled (Draft of SSD013880, above) | Index of certain documents received from McKesson | Document index | Storage directions, reflecting advice to or communications with client and analysis of litigation and potential disputes or litigation | A/C W/P |

4

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 18 | SSD013884-013965 | G&J | G&J, and possibly G&J and/or SSD client representatives | 10/23/86 (approx.) | Due Diligence Document Review Summary (Non-Environmental) with notations | Due Diligence Document Review Summary (Non-Environmental) with G&J notations | Due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 19 | SSD013966-014181 | G&J | G&J, and possibly G&J and/or SSD client representatives | 8/13/86-9/02/86 (approx.) | Due Diligence Document Review Summary (Environmental) with notations | Due Diligence Document Review Summary (Environmental) with G&J notations | Due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 20 | SSD014182-014239 | G&J | G&J, and possibly G&J and/or SSD client representatives | 8/13/06 (approx.) | Due Diligence Document Review Summary (Non-Environmental) notations | Due Diligence Document Review Summary (Non-Environmental) with G&J notations | Due diligence | Due Diligence and Transaction Documentation | A/C W/P |
| 21 | SSD014240-014268 | Harding Lawson or other agents of Univar/Van Waters & Rogers | SSD | Unknown | None | Compilation of documents prepared at direction of Univar's attorneys | Environmental issues | Compilation re Legal communications, advice, and/or litigation and/or potential dispute and litigation analysis | A/C W/P |
| 22 | SSD014269-014285 | Univar or its agents | SSD | 1987 | None | Compilation of documents prepared for Univar Audit Committee | Environmental issues | Compilation re Univar Audit Committee Documentation | A/C W/P |

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 23. | SSD014286-014338 | Shidler firm or Univar or its agents at direction of Shidler firm | SSD | 1987 | None | Compilation prepared in 1987 for Univar Environmental Task Force by or on behalf of Shidler firm | Environmental issues Univar Audit Committee Documentation | Compilation re Environmental issues | A/C W/P |
| 24 | SSD014339-014340 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley; G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 25. | SSD014341-014346 | SSD | SSD | Unknown | None | Compilation of documents re: environmental issues | Environmental issues | Compilation re legal advice, communications, and/or litigation and/or potential litigation and/or potential dispute or litigation analysis | A/C W/P |
| 26. | SSD014347-014348 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley; G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 27. | SSD014349-914350 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley; G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 28. | SSD014351-014352 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley, G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 29. | SSD014353-014366 | G&J or SSD | Unknown | Unknown | None | Compilation of permit documents | Permit documents | Compilation re permit documents | A/C |
| 30. | SSD014710-014794 | Univar or its agents | Univar | 1987 | None | Compilation of documents prepared in 1987 for Univar Environmental Task Force | Environmental issues | Compilation re Univar Audit Committee Documentation | A/C W/P |
| 31. | SSD014804-014827 | Unknown – investigation continuing as to source and author of document | Unknown | Undated | Environmental Risk Assessment Questionnaires | Compilation of environmental questionnaires | Environmental issues | Possibly compilation re Due Diligence and Transaction Documentation. May have been prepared for purposes of legal advice or potential dispute or litigation analysis | A/C W/P (Potential) |
| 32. | SSD014902-014903 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley, G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |

7

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 33. | SSD014904 | Maureen Bennett | F. Ross Boundy, attorney for Univar | 8/20/02 | Letter | Letter re: transmittal of files | Transmittal of files | Transmittal of files associated with legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 34. | SSD014969 | G&J personnel | G&J personnel | Undated | None | Internal handwritten notes regarding storage of files | Transmittal of files | Transmittal of files associated with legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 35. | SSD014970-014971 | Robert Thompson | Jennifer Hernandez | 1/9/86 (may be incorrectly dated – possibly 1/9/87) | Memorandum | Memorandum re: McKesson site documents with attached box list, with G&J notations | McKesson site documents | Due Diligence and Transaction Documentation | A/C W/P |
| 36. | SSD014972-014973 | G&J | G&J | (Approx.) 2/87 | Univar Document Inventory | Document Inventory | Document Inventory | Description of document locations associated with Due Diligence and Transaction Documentation | A/C W/P |
| 37. | SSD014974-014976 | G&J | G&J | 2/26/87 | Master Document Inventory, February 26, 1987 mailing | Document Inventory | Document Inventory | Description of document locations associated with Due Diligence and Transaction Documentation | A/C W/P |

8

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 38. | SSD014979-014980 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley, G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 39. | SSD014981-014982 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley, G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 40. | SSD015005-015006 | Allan Bakalian, Esq. | Wayne Grotheer; Jim Holley, G&J and/or SSD (at unknown date) | 8/25/93 | Memorandum re: McKesson Storage Files | Memorandum re boxes of McKesson files with attached list (excerpt) | Transmittal of information about files | Transmittal of document information or legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 41. | SSD015069 | Faye Lee | Susan Schmidt, Univar; Nicholas Unkovic | 12/17/87 | Letter | Letter re: transmittal of document | Transmittal of document | Cover letter associated with Due Diligence and Transaction Documentation | A/C W/P |
| 42. | SSD015079 | Joel Summer, Univar | Nicholas Unkovic | 7/29/02 | E-mail | Transmittal of documents | Document transmittal | Client communication relating to transmittal of documents associated with legal advice and/or litigation and/or potential litigation or dispute analysis | A/C W/P |

9

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 43. | SSD015079 | Nicholas Unkovic | Maureen Bennett, David S. Elkins, and James P. Murphy, attorneys | 7/30/02 | E-mail | Transmittal of documents | Document transmittal | Internal SSD communication relating to transmittal of documents associated with legal advice and/or litigation and/or potential litigation or dispute analysis | A/C W/P |
| 44 | SSD015303 | Suzanne Henderson | Leslie R. Schenck, Garvey Schubert Barer | 3/28/07 | Letter | Letter re: transmittal of copies of documents | Document transmittal | Letter relating to transmittal of copies of documents associated with legal advice and/or litigation and/or potential litigation or dispute analysis | A/C W/P |
| 45. | SSD015310 | Maureen Bennett | Vic Johnson, Harding Lawson Associates | 6/28/96 | Letter | Letter re: transmittal of copies of documents. (Also includes privileged communications regarding unrelated matter for another client) | Document transmittal | Client communication; internal SSD communication relating to transmittal of documents associated with legal advice and/or litigation and/or potential litigation or dispute analysis | A/C W/P |

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 46. | SSD15311 | Maureen Bennett | Jean Warren, Pakhoed Corporation | 6/6/96 | Letter | Letter re: transmittal of copies of documents | Document transmittal | Letter relating to transmittal of copies of documents associated with legal advice and/or litigation and/or potential litigation or dispute analysis | A/C W/P |
| 47. | SSD015306-015307 | Suzanne Henderson | Leslie R. Schenck, Garvey Schubert Barer | 3/5/07 | Letter | Letter re: transmittal of copies of documents | | Letter relating to transmittal of copies of documents associated with legal advice and/or litigation and/or potential litigation or dispute analysis | A/C W/P |
| 48. | SSD015342 | Jennifer L. Hernandez | James F. Neyens, P.E., Harding Lawson Associates | 9/15/86 | Letter | Letter re: transmittal of copies of documents | Document transmittal | Due Diligence and Transaction Documentation; transmittal of files associated with legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 49. | SSD 012283 | Suzanne Henderson | N/A | 11/14/06- 11/16/06 | Notes | Handwritten notes of telephone conference with Leslie Schenck | Documents | Communication re files associated with legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |
| 50. | SSD 012284 | Suzanne Henderson | File | 10/24/06 | Memorandum | Memo to file re: telephone message from Leslie Schenck on 10/23/06 | Documents | Transmittal of files associated with legal advice and/or litigation and/or potential dispute or litigation analysis | A/C W/P |

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 51. | SSD 015659, 05714-758, 015782-16067 | SSD | SSD and SSD client representatives, including Jennifer Kuenster, Thelen Reid & Priest LLP, Trish Kirschten (w/o encls); Joe Adams (w/o encls) | None | None | Letter and compilation of documents re Environmental Issues | Environmental Issues | Compilation re legal analysis, advice, and analysis of litigation and potential disputes or litigation | A/C W/P |
| 52. | SSD 016200 | Maureen Bennett | Joel S. Summer, Vopak USA, Inc.; cc Nick Unkovic | 5/3/02 | None | Letter | Documents | Transmittal of documents re legal analysis, advice, and analysis of litigation and potential disputes or litigation | A/C W/P |
| 53. | SSD 016201 | Maureen Bennett | Mark Hooper Consultant to Univar; cc Nick Unkovic | 5/7/02 | McKesson | Letter | Documents | Transmittal of documents re legal analysis, advice, and analysis of litigation and potential disputes or litigation | A/C W/P |
| 54. | SSD 16202 | Nicole Leonord | SSD and SSD client representatives, including Jennifer Kuenster, Trisch Kirschter (w/o encls), Maureen Bennett (w/o encls) | 7/23/02 (Unclear whether draft or sent) | Privileged | Letter | Documents | Letter transmitting documents reflecting legal analysis, advice, and analysis of litigation and potential disputes or litigation, or draft thereof | A/C W/P |

12

| No. | Bates No(s) | Name, Job Title/Capacity of Author | Name, Job Title/Capacity of Known Recipients | Date Prepared, Sent/ Shared | Title | Description | Subject | Purpose for which Prepared | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 55. | SSD 016203-016209 | Sharon Webster, G&J Records | Unknown | 3/28/94 | Closed Files List | List of files | List of files | Storage of Due Diligence and Transaction. Documentation and Documents regarding legal advice and/or advice re litigation, and/or advice re potential disputes or litigation | A/C W/P |
| 56. | Various | See attached | See attached | See attached | See attached | All documents on McKesson's privilege logs attached hereto | See attached | See attached | A/C W/P |

**Documents Withheld as Privileged From Documents Provided By Squire Sanders & Dempsey Because Already Listed on Previously Produced Privilege Logs**

| # | Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|---|
| 1 | Undated | A. G. Weiner; J. T. Hutton, MCK | Environmental Audit Committee Members | Environmental Audit Committee Environmental Audit Report with Environmental Audit Committee findings. | SSD00002-SSD00006 | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054430-MCK0054434 |
| 2 | 1/28/1995, MCK | I. Meyerson, File | | Minutes from meetings of Environmental Audit Committee. | SSD00038-SSD00040; SSD001971-SSD001973 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054388-MCK0054390 |
| 3 | 3/27/1995, MCK | I. Meyerson, File | | Minutes from meetings of Environmental Audit Committee | SSD00041-SSD00045; SSD001974-SSD001978 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054391-MCK0054395 |
| 4 | 6/20/1995, MCK | I. Meyerson, File | | Minutes from meetings of Environmental Audit Committee | SSD00046-SSD00047; SSD001979-SSD001980 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054396-MCK0054397 |
| 5 | 9/27/1995, D. Yellon, MCK | File | | Minutes from meetings of Environmental Audit Committee | SSD00048-SSD00050; SSD001981-SSD001983 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054398-MCK0054400 |
| 6 | 12/17/1995, MCK | I. Meyerson, File | | Minutes from meetings of Environmental Audit Committee | SSD00051-SSD000053; SSD001984-SSD001986 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054401-MCK0054403 |
| 7 | 1/27/1996 | I. Meyerson, File | | Minutes from meetings of Environmental Audit Committee. | SSD00054-SSD00056; SSD001987-SSD001989 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054404-MCK0054406 |
| 8 | 3/3/1996, MCK | I. Meyerson, File | | Minutes from meetings of Environmental Audit Committee. | SSD00057-SSD000058; SSD001990-SSD001991 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054407-MCK0054408 |
| 9 | 3/31/1996, MCK | I. Meyerson, File | | Minutes from meetings of Environmental Audit Committee | SSD00059-SSD00060; SSD001992-SSD001993 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054409-MCK0054410 |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 10 | 3/3/1986 | I. Meyerson, MCK | File | Minutes from meetings of Environmental Audit Committee. | SSD00061-SSD00062; SSD001994-SSD001995 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054407-MCK0054408 |
| 11 | 6/21/1986 | I. Meyerson, MCK | File | Minutes from meetings of Environmental Audit Committee | SSD00063-SSD000064; SSD001996-SSD001997 (duplicate copy) | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054411-MCK0054412 |
| 12 | 2/7/1985 | I. Meyerson, MCK | File, M. Minor, D. Schoonmaker, cc: B Blocker, MCK | Intra-Company Correspondence re memo re observations of Environmental Audit Committee auditors at listed MCK sites. | SSD000154-SSD000157 | McKesson Environmental Audit Committee Privilege Log produced 6/17/05 | MCK0054271-MCK0054273 |
| 13 | 9/10/1986 | R. Fehlar, MCK | I. Meyerson, MCK | Intra-Company Correspondence re Chemical Company tanks score cards. | SSD000166-SSD000191 | McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 14 | 8/30/1985 | G. Slattery, M.D. Sands, MCK | I. Meyerson, MCK | Intra-Company Correspondence re underground storage tank risk evaluation action plan for MCC and customers, with attached tables | SSD000436-SSD000446; SSD001265-SSD001281; SSD001382-SSD001391 (duplicate copy), SSD001604 (duplicate copy), SSD001606, SSD001620 (duplicate copy), SSD001625-SSD001626 (duplicate copy) | McKesson Second Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 15 | 2/26/1985 | Sheffield | | Completed Environmental Assessment Questionnaire, TX facility. | | | |

Page 2 of 19

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Appears Previously Logged | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 16  2/26/1985 | Wheeler | | Completed Environmental Assessment Questionnaire, Bloomington, IL facility, | SSD001282-SSD001292, SSD003396-SSD003405 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Unmar, produced on 2/15/06 | No Bates |
| 17  2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Augusta, GA facility | SSD001293-SSD001304, SSD003096-SSD003107 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Unmar, produced on 2/15/06 | No Bates |
| 18  2/27/1985 | J. Foster | I Meyerson, McK | Completed Environmental Assessment Questionnaire, Altoona facility | SSD001305-SSD001315, SSD001317-SSD003327 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log person produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Unmar, produced on 2/16/06 | No Bates |
| 19  2/25/1985 | Sheffield | | Completed Environmental Assessment Questionnaire, Houston, TX facility | SSD001316-SSD001317, SSD001439-SSD001452, SSD001670 (duplicate copy) SSD001674-SSD001684 (duplicate copy), SSD001686-SSD001689 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Unmar, produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 20 | 2/26/1985 Sheffield | | | Completed Environmental Assessment Questionnaire, Amarillo, TX facility. | SSD001318, SSD001322-SSD001328, SSD001331-SSD001332, SSD001599 (duplicate copy), SSD001593-SSD001599 (duplicate copy), SSD001602-SSD001603 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 21 | 2/11/1985 Robert Hickman | | | Completed Environmental Assessment Questionnaire, Appleton facility | SSD001339-SSD001349, SSD003388-SSD003395 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 22 | Undated Joseph Girotti | | | Completed Environmental Assessment Questionnaire, Albany, NY facility. | SSD001350-SSD001359, SSD003307-SSD003316 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 23 | 2/25/1985 B. Crumn | | | Completed Environmental Assessment Questionnaire, Albuquerque, NM facility | SSD001360-SSD001369, SSD001415-SSD001422 (duplicate copy), SSD001473-SSD001483 (duplicate copy), SSD001726-SSD001734 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

Page 4 of 19

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log is on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 24 | 2/26/1985 | G. Bernusk | | Completed Environmental Assessment Questionnaire, Los Angeles, CA facility | SSD001372-SSD001381, SSD001487-SSD001495 (duplicate copy), SSD001737-SSD001746 (duplicate copy), SSD003033-SSD003041 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 25 | 2/26/1985 | C. Piercy | | Completed Environmental Assessment Questionnaire, Catlin, NV facility | SSD001392-SSD001401, SSD001882 (duplicate copy), SSD001886-SSD001892 (duplicate copy), SSD001895-SSD001896 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 26 | 2/22/1985 | Sheffield | | Completed Environmental Assessment Questionnaire, Corpus Christi, TX facility | SSD001402-SSD001411, SSD001412-SSD001414, SSD001627 (duplicate copy), SSD001632-SSD001638 (duplicate copy), SSD001641-SSD001642 (duplicate copy), SSD001643 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 27 | 2/26/1985 | Sheffield | | Completed Environmental Assessment Questionnaire, Dallas/Fort Worth, TX facility | SSD001412-SSD001414, SSD001423-SSD001438, SSD001644 (duplicate copy), SSD001649-SSD001664 (duplicate copy), SSD001668-SSD001669 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 28 | 2/2/1985 Sheffield | | | Completed Environmental Assessment Questionnaire, Oklahoma City, OK facility | SSD001463-SSD001462, SSD001690 (duplicate copy), SSD001695, SSD001701 (duplicate copy), SSD001705-SSD001706 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 29 | 2/20/1985 Sheffield | | | Completed Environmental Assessment Questionnaire, San Antonio, TX facility | SSD001463-SSD001472, SSD001484-SSD001486, SSD001707 (duplicate copy), SSD001711-SSD001717 (duplicate copy), SSD001720-SSD001721 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 30 | 2/26/1985 Unknown | | | Completed Environmental Assessment Questionnaire, Tustin/ Orange County, CA facility | SSD001496-SSD001503, SSD001775 (duplicate copy), SSD001777 (duplicate copy), SSD001783 (duplicate copy), SSD001504-SSD001516, SSD001786 (duplicate copy), SSD001790-, SSD001798 (duplicate copy), SSD001802-SSD001803 (duplicate copy), SSD004839-SSD004852 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 31 | 2/25/1985 B. Cromm | | | Completed Environmental Assessment Questionnaire, Phoenix, AZ facility | | | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Logged on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 32 | 2/26/1985 | Unknown | | Completed Environmental Assessment Questionnaire, Riverside, CA facility. | SSD001517-SSD001524, SSD001804-SSD001811 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Unvax, produced on 2/15/06 | No Bates |
| 33 | 2/21/1985 | Unknown | | Completed Environmental Assessment Questionnaire, Tucson, AZ facility. | SSD001525-SSD001532, SSD001814-SSD001821 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Unvax, produced on 2/15/06 | No Bates |
| 34 | 2/26/1985 | C. Piercy | | Completed Environmental Assessment Questionnaire, Fresno, CA facility. | SSD001533-SSD001542, SSD001844-SSD001851 (duplicate copy), SSD001854-SSD001855 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Unvax, produced on 2/15/06 | No Bates |
| 35 | 2/26/1985 | C. Piercy | | Completed Environmental Assessment Questionnaire, Grand Junction facility. | SSD001543-SSD001570, SSD001856 (duplicate copy), SSD001860-SSD001873 (duplicate copy), SSD001878-SSD001881 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Unvax produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 36 | 2/26/1985 | C. Piercy | | Completed Environmental Assessment Questionnaire, Portland, OR facility | SSD001571-SSD001598; SSD001807, SSD001896-SSD001911 (duplicate copy), SSD001914-SSD001915 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Unvar, produced on 2/15/06 | No Bates |
| 37 | Undated | C. Piercy | | Completed Environmental Assessment Questionnaire, Seattle, WA facility | SSD001587-SSD001588, SSD001921 (duplicate copy), SSD003770, SSD003771-SSD003772 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Unvar, produced on 2/15/06 | No Bates |
| 38 | Undated | D. Landry | | Completed Environmental Assessment Questionnaire, Odessa, TX facility | SSD001724-SSD001725 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Unvar, produced on 2/15/06 | No Bates |
| 39 | 2/5/1985 | Stan Barnhill | | Completed Environmental Assessment Questionnaire, Santa Fe Springs, CA facility | SSD001753, SSD001757-SSD001766, SSD001771-SSD001774, SSD003752-SSD003752, SSD003871 (duplicate copy), SSD003766-SSD003767 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Unvar, produced on 2/15/06 | No Bates |

| | Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|---|
| 40 | 2/26/1985 | C. Piercy | | Completed Environmental Assessment Questionnaire, Denver, CO facility | SSD001825-SSD001837, SSD001842-SSD001843 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 41 | 2/27/1985 | C. Piercy | | Completed Environmental Assessment Questionnaire, Union City, CA facility | SSD001927-SSD001933, SSD001936-SSD001939 | McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 42 | 4/16/1986 | McK I. Meyerson, | Fred Gentry, Pakheed | List of pending Civil Litigation matters re: McKesson Chemical sites | SSD002050-SSD002053 | McKesson Pakheed Documents Privilege Log produced on 6/2/005 | MCK005469054693 |
| 43 | 2/5/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Kansas City, MO facility | SSD000300A-SSD0003008, SSD000574, SSD003575, SSD003583 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06 | No Bates |
| 44 | Undated | Monty Jordan | | Completed Environmental Assessment Questionnaire, North Haven facility | SSD003072-SSD03082 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) in Which Document was Previously Logged | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 45 | Undated  J. Foster | | Completed Environmental Assessment Questionnaire, Atlanta, GA facility | SSD0003083-SSD0003095 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 46 | 2/7/1995  J. Foster | | Completed Environmental Assessment Questionnaire, Charlotte, NC facility | SSD0003108-SSD0003119 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 47 | 2/25/1995  J. Foster | | Completed Environmental Assessment Questionnaire, Greensboro, NC, facility | SSD0003120-SSD0003144 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 48 | 2/26/1995  J. Foster | | Completed Environmental Assessment Questionnaire Jacksonville, Ml facility | SSD0003145-SSD0003168 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 49 | 2/22/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Richmond, VA facility. | SSD003169-SSD003178 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Unova, produced on 2/15/06 | No Bates |
| 50 | 2/25/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Spartanburg facility. | SSD003179-SSD003191 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Unova, produced on 2/15/06 | No Bates |
| 51 | Undated | J. Foster | | Completed Environmental Assessment Questionnaire, Tampa, FL facility. | SSD003192-SSD003213 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Unova, produced on 2/15/06 | No Bates |
| 52 | 2/25/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Chatanooga, TN facility. | SSD003214-SSD003223 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06 | No Bates |

Page 11 of 19

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 53 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Geismar, LA facility | SSD003224-SSD003235 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Unovir, produced on 2/15/06 | No Bates |
| 54 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Kingsport, TN facility | SSD003236-SSD003247 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Unovir, produced on 2/15/06 | No Bates |
| 55 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Lafayette, LA facility | SSD003248-SSD003260 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Unovir, produced on 2/15/06 | No Bates |
| 56 | Undated | J. Foster | | Completed Environmental Assessment Questionnaire, Little Rock, AR facility | SSD003261-SSD003270 | | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 57 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Memphis, TN facility | SSD003271-SSD003282 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 58 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Mobile, AL facility | SSD003285-SSD003292 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 59 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Nashville/Murfreesboro, TN facility | SSD003293-SSD003306 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 60 | Undated | J. Suchecki | | Completed Environmental Assessment Questionnaire, Fayetteville, AR facility | SSD003328-SSD003335 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Produced Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 61 | 2/26/1985 | Monty Jordan | | Completed Environmental Assessment Questionnaire, Boston/ Medford, MA facility | SSD003336-SSD003343 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 62 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Buffalo, NY facility | SSD003344-SSD003353 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 63 | 2/25/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Harrisburg, PA facility | SSD003354-SSD003363 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 64 | 2/26/1985 | J. Foster | | Completed Environmental Assessment Questionnaire, Philadelphia, PA facility | SSD003364-SSD003373 | | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Log(s) |
|---|---|---|---|---|---|---|
| 65 | 2/25/1995 | J. Foster | | Completed Environmental Assessment Questionnaire, Woodbridge, NJ facility | SSD003374-SSD003385 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 66 | 2/25/1995 | Unknown | | Completed Environmental Assessment Questionnaire, Chicago Heights, IL facility | SSD003386-SSD003387, SSD003406-SSD003425 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 67 | 2/28/1995 | Unknown | | Completed Environmental Assessment Questionnaire, Grand Rapids, MI facility | SSD003426-SSD003435 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 68 | 2/25/1995 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Milwaukee, WI facility | SSD003436-SSD003444 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| | Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) in Which Document Previously Logged | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|---|
| 69 | 2/22/1985 | W. McCandless | | Completed Environmental Assessment Questionnaire, Schaumburg facility | SSD003445-SSD003452; SSD003791, SSD003792- SSD003799 (duplicate copy) | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 70 | 2/25/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Cincinnati, OH facility | SSD003453-SSD003463 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 71 | 2/25/1985 | Robert Hickman | | Complete Environmental Assessment Questionnaire, Cleveland, OH facility | SSD003464-SSD003504 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 72 | 3/1/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Columbus, OH facility | SSD003505-SSD003514 | | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 73 | 2/21/1985 | Unknown | | Completed Environmental Assessment Questionnaire, Dayton, OH facility. | SSD003515-SSD003524 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 74 | 2/28/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Detroit, MI facility. | SSD003525-SSD003556 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 75 | 2/28/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Louisville, KY facility. | SSD003557-SSD003564 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 76 | 2/26/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, St. Louis, MO facility. | SSD003565, SSD003602-SSD003614 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re: MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 77 | Undated | Robert Hickman | | Completed Environmental Assessment Questionnaire, Burlington facility | SSD003566-SSD003573 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Supplemental Privilege Log re MCC Documents Retained by Unvar, produced on 2/15/06 | No Bates |
| 78 | 2/26/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Minneapolis, MN facility | SSD003584-SSD003591 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Supplemental Privilege Log re MCC Documents Retained by Unvar, produced on 2/15/06 | No Bates |
| 79 | 2/25/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Omaha, NE facility | SSD003592-SSD003601 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Supplemental Privilege Log re MCC Documents Retained by Unvar, produced on 2/15/06 | No Bates |
| 80 | 2/25/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Springfield, MO facility | SSD003615-SSD003629 | | No Bates |

| Document Date | Author(s) | Recipient(s) | Document Format/Description | SSD Bates Numbers | Name/Date of Privilege Log(s) on Which Document Previously Logged* | Bates Numbers of Document on Previously Produced Privilege Logs |
|---|---|---|---|---|---|---|
| 81 | 2/25/1985 | Richard Hickman | | Completed Environmental Assessment Questionnaire, Wichita, KS facility | SSD003630-SSD003637 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 82 | 2/25/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Wichita, KS P&F facility | SSD003649-SSD003656 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 83 | 2/25/1985 | Robert Hickman | | Completed Environmental Assessment Questionnaire, Dolton facility | SSD003638-SSD003648 | McKesson Environmental Audit Committee Supplemental Privilege Log produced 1/6/06, and McKesson's Second Privilege Log re MCC Documents Retained by Univar, produced on 2/15/06 | No Bates |
| 84 | Undated | Dwight Landry | | Completed Environmental Assessment Questionnaire, Santa Fe Springs facility- Pike Street Location, CA | SSD003768-SSD003769 | McKesson Environmental Audit Committee Supplemental Privilege Log, produced 1/6/06 | No Bates |

\* These documents may be located on additional previously produced privilege logs.

## McKesson Privilege Log re: MCC-Related Documents Provided By Squire, Sanders & Dempsey

| | Date | Author(s) | Recipient(s) | CC | Format/Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|---|
| 1 | 8/19/1996 | Dinah Darman, Esq. McK | Dick Davis, McK | | Hand-written Note re MES Air Sampling Audit with recommendations as to implementation | SSD00067 | A/C, AWP |
| 2 | 10/8/1996 | Dinah Darman, Esq. McK | Ron Powell, McK | Barry Blocker, Jon d'Alesso, Merry Minor | Intra-Company Correspondence re: Dinah Darman's suggested revisions re: Proposed Terminal Agreement with Lake River Corp | SSD00540-SSD00541 | A/C, AWP |
| 3 | 10/14/1996 | Ronald Powell, McK | Dinah Darman, Esq. McK | | Intra-Company Correspondence re: suggested revisions re: Proposed Terminal Agreement with Lake River Corp | SSD00645-SSD000648 | A/C, AWP |
| 4 | 9/21/1985 | Ivan Meyerson, Esq., McK; Michael Hencke, F. Paul Pizir, of Pilko & Associates, Inc. | Lydia Embry, McK | | Intra-Company Correspondence re: Ivan Meyerson's suggested revisions to McKesson Chemical Wichita Facility ATK/SF railroad agreements. | SSD000663-SSD000654 | A/C, AWP |
| 5 | 9/1984 | Ivan Meyerson, Esq., McK | McKesson | | Draft Environmental Risk Assessment of McKesson Chemical Company prepared at request of counsel | SSD001998-SSD000049 | A/C, AWP |
| 6 | 6/12/1996 | McKesson | McKesson | | (REDACTED Social Security Numbers) Woodbridge Center Personnel list, Produced redacted version. | SSD02140 | Privacy |
| 7 | 9/26/1996 | Robert Hickman, McK | Dinah Darman, Esq. McK | B.B. Blocker, D.A. Davis, R.R. Powell, M.S. Kirkland, T.E. Nisler, Art Weiner, File Taylor, Michigan EPA Compliant | Intra-Company Correspondence re: response to Darman's memo of 9/25/96 re: responding to | SSD02918 | A/C, AWP |
| 8 | 3/18/1996 | Ivan Meyerson, Esq., McK outside counsel | G. Van Velsor Wolf, Esq., Lewis & Roca; Distribution: Dick Davis, Dwight Landry, Nick Gardner, Dale Sands, McK | Dick Davis, Nick Gardner, Dwight Landry, McK | Letter re: acting as outside counsel re: environmental response activities at McKesson Chemical Facility in Phoenix, AZ | SSD04722 | A/C, AWP |
| 9 | 6/25/1996 | Dinah Darman, Esq. McK | | J. Lacey, D. Landry, B Crumm, R. Nugent, M Bargo, W. Loo, bcc Phoenix Environmental File | Intra-Company Correspondence re: preparation of contract between MCC and Chemical Waste Management Inc. (CWMI) re: MCC Phoenix facility soil removal | SSD004749 | A/C, AWP |
| 10 | 6/30/1996 | Nick Gardner, McK | Dick Davis, McK | Dick Davis, Dwight Landry, Dale Sands, McK | Intra-Company Correspondence re: Phoenix discussions with Ivan Meyerson, Esq. and G Van Velsor Wolf, Esq. McK outside counsel) activities report. (REDACTED text describing Produced redacted version. | SSD004756-SSD004760, SSD004914-SSD004916 (duplicate copy) | A/C, AWP |
| 11 | 7/2/1996 | Dinah Darman, Esq. McK | Nick Gardner, McK | Dick Davis, Dwight Landry, Dale Sands, McK | Intra-Company Correspondence re: Phoenix MCC facility soil removal re: review of form agreement in operations manual for use with remedial contractor | SSD004762 | A/C, AWP |

Produced 01-25-07

| Date | Author(s) | Recipient(s) | CC | Format/ Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| 12 | 7/9/1996 | Dinah Dannan, Esq., McK | | Dick Davis, Dwight Landry, Dale Sands, McK | Intra-Company Correspondence re Phoenix MCC facility soil removal re: comments on proposed Waste Transportation and Disposal Agreement with CWM. | SS004794 | A/C, AWP |
| 13 | 7/25/1996 | Ivan Meyerson, Esq., McK | Nick Gardner, McK; G. Van Velsor Wolf, Esq. Lewis & Roca, McK outside counsel | | Letter re MCC Phoenix Service Center re: draft compliance order issued by ADHS | SS004797 | A/C, AWP |
| 14 | 8/4/1996 | Nick Gardner, McK | I. Meyerson, Esq., D. Davis, W. Loo, D. Landry | J. Lacady | Intra-Company Correspondence re I. Meyerson's preparation of response to ADHS draft order re: Phoenix Service Center. | SS004798 | A/C, AWP |
| 15 | 8/19/1996 | Nick Gardner, McK | J. Meyerson, Esq. D. Davis, D. Landry, W. Loo, boc. Phoenix Environmental | | Intra-Company Correspondence re N. Gardner's comments on draft ADHS compliance order re: Phoenix facility | SS004805-SS004807 | A/C, AWP |
| 16 | 2/11/1996 | Nick Gardner, McK | Dick Davis, McK | J. Lacady, D. Landry, B. Cromm, W. Loo, R. Nugent | Intra-Company Correspondence re Phoenix environmental response status report (REDACTED text of one entry describing discussions with Ivan Meyerson, Esq.) Produced redacted version. | SS004909-SS004911, SS004717-SS004719 (duplicate copy) | A/C, AWP |
| 17 | 4/11/1996 | Nick Gardner, McK | Dick Davis, McK | J. Lacady, D. Landry, R. Crumm, R. Nugent/ Van Velsor Wolf, Esq. M. Bengo, W. Loo | Intra-Company Correspondence re: Phoenix environmental response activities report (REDACTED text of one entry describing discussions with Ivan Meyerson, Esq. and G. Van Velsor Wolf, Esq., McK outside counsel) Produced redacted version. | SS004912-SS004913, SS004723-SS004724 (duplicate copy) | A/C, AWP |