# EXHIBIT J



LEGAL
COUNSEL
WORLDWIDE

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

Office: +1.415.954.0200
Fax: +1.415.393.9887

Direct: +1.415.954.0368
DiGibson@ssd.com

April 19, 2007

**VIA MESSENGER**

Jeffery Caufield, Esq.
**Caufield & James**
2851 Camino Del Rio South, Suite 250
San Diego, CA  92108

> Re:    **SSD's Document Production**

Dear Mr. Caufield:

Along with this letter, Squire, Sanders & Dempsey L.L.P. ("SSD") provides its Certification pursuant to the Court's Order.

Following our conversation today, we received and reviewed the five boxes and one additional file remaining.  Responsive documents withheld as privileged are listed in the log we are providing to you today.  One additional document (a publicly-available magazine article) is being produced to McKesson today.  Because we were able to complete the review today, we will contact the Court and let the Court know that we do not need the Court to address an application to modify the Court's order as to deadlines. We are hereby so notifying your office, as well.

Sincerely,

SQUIRE, SANDERS & DEMPSEY L.L.P.

Diane L. Gibson

DLG/mdd

SANFRANCISCO/217371.1