# EXHIBIT L

| | |
|---|---|
| **From:** | Gibson, Diane L. |
| **Sent:** | Monday, April 23, 2007 4:40 PM |
| **To:** | 'Jeff Caufield' |
| **Cc:** | Henderson, Suzanne |
| **Subject:** | Privilege Log Issues |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Yellow |

Dear Mr. Caufield:

We disagree with your email below. What we have told you is that we are considering proposing a compromise.

Although we were not able to do so today, we expect to get back to you soon.

Sincerely,

Diane L. Gibson


Diane L. Gibson
Partner
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Third Floor
San Francisco, CA  94111
(415) 954-0200
digibson@ssd.com

Beijing - Bratislava - Brussels - Budapest - Caracas - Cincinnati - Cleveland - Columbus - Frankfurt - Hong Kong - Houston - London - Los Angeles - Madrid - Miami - Moscow - New York - Palo Alto - Phoenix - Prague - Rio de Janeiro - Santo Domingo - San Francisco - Shanghai - Tallahassee - Tampa -Tokyo -Tysons Corner - Warsaw - Washington D.C. - West Palm Beach.
Associated Offices: Bucharest - Buenos Aires - Dublin - Kyiv - Milan - Riyadh - Santiago

This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer. Thank you

---

**From:** Jeff Caufield [mailto:Jeff@caufieldjames.com]
**Sent:** Friday, April 20, 2007 2:37 PM
**To:** Gibson, Diane L.
**Cc:** Henderson, Suzanne; Amber Hinojosa; Ken James; Bryce Besser; Joe Rossettie
**Subject:** RE: Response to April 19 2007 Email

Ms. Gibson:

We raised this issue with you BEFORE you sent out your "Final" Privilege log yesterday. However, the same objections and refusal to produce documents continued to exist after our meet and confer. You had the opportunity to amend you privilege logs and fix the problem and refused to do so and unequivocally stated yesterday that you would not be producing the subject documents.

Thus, a impasse has been reached and we will be immediately addressing this issue with Magistrate Judge Laporte.

Very truly yours,

5/2/2007

Jeffery L. Caufield
Caufield James LLP

---

**From:** Gibson, Diane L. [mailto:DiGibson@ssd.com]
**Sent:** Friday, April 20, 2007 2:08 PM
**To:** Jeff Caufield
**Cc:** Henderson, Suzanne
**Subject:** Response to April 19 2007 Email


Dear Mr. Caufield:
We write to respond to one aspect of your email yesterday. As I mentioned in our telephone call yesterday, in response to your April 12, 2007 letter we are considering what compromise may be possible to resolve issues short of another discovery motion, this time regarding your comments about our privilege log. We expect to get back to you soon, we hope as soon as Monday.

You have shown no necessity for an "ex parte" application "by the end of this week" on these privilege log issues as you discussed yesterday, especially as our final privilege log was only due yesterday. Further, you have not demonstrated any necessity for an ex parte application, and you have not met and conferred with us about any such need. For these reasons among others, any such ex parte application would be inappropriate.

Sincerely,

Diane L. Gibson
Partner
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Third Floor
San Francisco, CA 94111
(415) 954-0200
digibson@ssd.com

Beijing - Bratislava - Brussels - Budapest - Caracas - Cincinnati - Cleveland - Columbus - Frankfurt - Hong Kong - Houston - London - Los Angeles - Madrid - Miami - Moscow - New York - Palo Alto - Phoenix - Prague - Rio de Janeiro - Santo Domingo - San Francisco - Shanghai - Tallahassee - Tampa -Tokyo -Tysons Corner - Warsaw - Washington D.C. - West Palm Beach.
Associated Offices: Bucharest - Buenos Aires - Dublin - Kyiv - Milan - Riyadh - Santiago

This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer. Thank you

5/2/2007