# EXHIBIT N

# Henderson, Suzanne

| | |
|---|---|
| **From:** | Jeff Caufield [Jeff@caufieldjames.com] |
| **Sent:** | Tuesday, April 24, 2007 4:46 PM |
| **To:** | Gibson, Diane L.; Henderson, Suzanne |
| **Cc:** | Bryce Besser; Amber Hinojosa; Ken James |
| **Subject:** | Angeles Chemical Co., Inc. v. McKesson Corp, et al. |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Yellow |
| | |
| **Attachments:** | letter.pdf |



letter.pdf (194 KB)

　　　　　Dear Ms. Gibson:

We are in receipt of the attached letter. As noted previously, despite the direct Order from Magistrate Judge Laporte to produce BOTH the indexes and any correspondence reflecting transmittal of McKesson Chemical documents to/from SSD (which by definition would include the former Graham & James firm), SSD withheld these exact documents directly in defiance and non-compliance with the Magistrate's Order. In light of the circumstances and continuing suppression of evidence and documents, and the lengthy period of non-cooperation by SSD in producing these documents, we cannot simply allow SSD to "paraphrase" documents.
Frankly, any party who simply refuses to comply with the Magistrate's Order cannot be trusted to be truthful nor accurate in the descriptions of the documents. Thus, we will re-address this issued directly with Magistrate Judge Laporte.

Very truly yours,

Jeffery L. Caufield
Caufield James LLP

-----Original Message-----
From: Dimapasoc, Mary Ann D. [mailto:MDimapasoc@ssd.com]
Sent: Tuesday, April 24, 2007 4:39 PM
To: Jeff Caufield
Cc: Gibson, Diane L.; Henderson, Suzanne; Sinclair, Jean M.
Subject: Angeles Chemical Co., Inc. v. McKesson Corp, et al.


Mr. Caufield:

Per Ms. Gibson's request, please find the attached in the
above-referenced case.

Mary Ann Dimapasoc
Executive Legal Secretary
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492
Direct Dial: +1.415.393.9841
Fax: +1.415.393.9887
mdimapasoc@ssd.com
www.ssd.com

Beijing    Bratislava    Brussels    Budapest    Cincinnati    Cleveland
Columbus    Hong Kong    Houston    London    Los Angeles    Madrid    Miami
Milan    Moscow    New York    Palo Alto    Phoenix    Prague    Rio de
Janeiro    San Francisco    Shanghai    Tampa    Tokyo    Tysons Corner

Warsaw    Washington DC

Associated Offices:  Bucharest    Dublin   Kyiv

NOTICE:  This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information.  If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.