1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Diane L. Gibson (State Bar # 114825)
2  Suzanne Henderson (State Bar # 168046)
   One Maritime Plaza, Suite 300
3  San Francisco, CA  94111-3492
   Telephone:  +1.415.954.0200
4  Facsimile:   +1.415.393.9887
   Email:       digibson@ssd.com
5
   Attorneys for Non-Party, Rule 45 Subpoena
6  Recipient SQUIRE, SANDERS & DEMPSEY LLP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., a California corporation, et al.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MCKESSON CORPORATION, a California corporation, et al.,<br><br>　　　　Defendant. | Northern District Miscellaneous Matter<br>Case No.  C 06-80343 Misc MMC (EDL)<br>Case No. C 07-80123 Misc MMC (EDL)<br><br>Case No. 01-10532 TJH (Ex)<br>Central District of California<br><br>**SQUIRE, SANDERS & DEMPSEY L.L.P.'S OBJECTIONS TO EVIDENCE SUBMITTED BY ANGELES IN SUPPORT OF ITS EX PARTE MOTION FOR ORDER SHORTENING TIME TO BRIEF AND HEAR PLAINTIFFS' MOTION TO COMPEL**<br><br>Date:　　　　TBA<br>Time:　　　　TBA<br>Courtroom:　Courtroom E, 15th Floor |

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

SQUIRE, SANDERS & DEMPSEY L.L.P.'S OBJECTIONS TO EVIDENCE SUBMITTED BY ANGELES

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)

**OBJECTIONS TO THE DECLARATION OF JEFFREY L. CAUFIELD**

SSD objects to the Declaration of Jeffrey L. Caufield in Support of Angeles' Motion for Order Shortening Time to Hear Angeles' Motion to Compel Squire Sanders & Dempsey's Compliance with the March 22, 2207 Court Order, as follows:

| | |
|---|---|
| Paragraph 8 | Improper Argument, and Opinion, Fed R. Ev. 701, et seq. |
| Paragraph 13 | Improper Argument and Opinion, Fed. R. Ev. 701, et sq. |
| Paragraph 14 | Improper Argument and Opinion, Fed. R. Ev. 701, et sq. |
| Paragraphs 15 and 16 | Lacks Foundation of Personal Knowledge, Fed. R. Ev. 901; Mr. Caufield was not on the telephone call in question and cannot personally attest to what was said |
| Paragraph 21 | Improper Argument and Opinion, Fed. R. Ev. 701, et seq. |
| Paragraph 22 | Improper Argument, and Opinion, Fed R. Ev. 701, et seq. |
| Exhibit U | Hearsay, Fed. R. Ev. 803; Improper Argument and Opinion; Fed. R. Ev. 701, et seq.; Lacks Foundation of Personal Knowledge, Fed. R. Ev. 901 |

Dated: May 10, 2007            Squire, Sanders & Dempsey L.L.P.


By:            /s/ Diane L. Gibson
                Diane L. Gibson
Attorneys for Non-Party, Rule 45 Subpoena Recipient SQUIRE, SANDERS & DEMPSEY LLP

SANFRANCISCO/219635.1

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

SQUIRE, SANDERS & DEMPSEY L.L.P.'S OBJECTIONS TO EVIDENCE SUBMITTED BY ANGELES

- 1 -

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)