IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., | No. C-07-80123 MMC (EDL) |
| Plaintiff, | related to |
| v. | No. C-06-80343 MMC (EDL) |
| MCKESSON CORPORATION, ET. AL., | **ORDER GRANTING MOTION TO SHORTEN TIME** |
| Defendant. | |

Plaintiff's Motion for an Order Shortening Time to Hear Angeles' Motion to Compel Squire Sanders & Dempsey's Compliance with the March 22, 2007 Court Order is hereby GRANTED.

Squire Sanders & Dempsey's Opposition is due on May 22, 2007, at 5:00 p.m.

Plaintiff's Reply is due on May 28, 2007, at 5:00 p.m.

A hearing on the motion is specially set for June 6, 2007, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 11, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge