1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Diane L. Gibson (State Bar # 114825)
2  One Maritime Plaza, Suite 300
   San Francisco, CA  94111-3492
3  Telephone:   +1.415.954.0200
   Facsimile:    +1.415.393.9887
4  Email:         digibson@ssd.com

5  Attorneys for Non-Party, Rule 45 Subpoena
   Recipient SQUIRE, SANDERS & DEMPSEY LLP
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| ANGELES CHEMICAL COMPANY, INC., a California corporation, et al., | Northern District Miscellaneous Matter<br>Case No.  C 06-80343 Misc MMC (EDL)<br>Case No. C 07-80123 Misc MMC (EDL) |
|---|---|
| Plaintiff, | Case No.  01-10532 TJH (Ex)<br>Central District of California |
| vs. | |
| MCKESSON CORPORATION, a California corporation, et al., | NOTICE OF APPEARANCE OF COUNSEL |
| Defendant. | |

**PLEASE TAKE NOTICE** that Diane L. Gibson of the law firm of Squire, Sanders & Dempsey L.L.P. hereby enters her appearance as counsel of record for miscellaneous party, Squire, Sanders & Dempsey L.L.P., in the above-captioned matter.

Dated: May 16, 2007                    Respectfully submitted,

                                       SQUIRE, SANDERS & DEMPSEY L.L.P

                                       By:_____/s/ Diane L. Gibson_____
                                              Diane L. Gibson

                                       Attorneys for Non-Party, Rule 45 Subpoena
                                       Recipient Squire, Sanders & Dempsey L.L.P.

---

Notice of Appearance of Counsel
Case No. C 07-80123