1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Diane L. Gibson (State Bar # 114825)
2  One Maritime Plaza, Suite 300
   San Francisco, CA  94111-3492
3  Telephone:  +1.415.954.0200
   Facsimile:   +1.415.393.9887
4  Email:         digibson@ssd.com

5  Attorneys for Non-Party, Rule 45 Subpoena
   Recipient SQUIRE, SANDERS & DEMPSEY LLP
6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 | ANGELES CHEMICAL COMPANY, | Northern District Miscellaneous Matter
11 | INC., a California corporation, et al., | Case No.  C 06-80343 Misc MMC (EDL)
   |  | Case No. C 07-80123 Misc MMC (EDL)
12 | Plaintiff, |
   |  | Case No.  01-10532 TJH (Ex)
13 | vs. | Central District of California
14 | MCKESSON CORPORATION, a | **SQUIRE, SANDERS & DEMPSEY L.L.P.'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF ANGELES CHEMICAL COMPANY, INC. IN SUPPORT OF ITS MOTION TO COMPEL SQUIRE, SANDERS & DEMPSEY L.L.P.'S COMPLIANCE WITH THE MARCH 22, 2007 COURT ORDER**
   | California corporation, et al., |
15 |  |
   | Defendant. |
16 |  |
17 |  |
18 |  | Date:           June 6, 2007
   |  | Time:          9:00 A.M.
19 |  | Courtroom:   Courtroom E, 15th Floor

20

21

22

23

24

25

26

27

28

---

SSD Objections to Evidence Re Motion to Compel

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

Non-party, Rule 45 Subpoena Recipient Squire, Sanders & Dempsey, L.L.P. ("SSD") objects to the Declaration of Jeffery L. Caufield in Support of Angeles' Motion to Compel Squire Sanders & Dempsey's Compliance with the March 22, 2007 Court Order, including the exhibits thereto as indicated, Case No. C 07-80123 Docket No. 3, as follows:

| Paragraph Exhibit/No. | Objection |
| --- | --- |
| 4, Exhibit C | Exhibit C, purportedly Opposition to SSD's copy of Angeles' Motion to Quash and/or Protective Order Against Angeles' Rule 45 Subpoena dated February 15, 2007, is argument, not evidence, Fed. R. Evid. 701, *et seq*. |
| 12 | Lacks foundation of personal knowledge, Fed. R. Evid. 901; Improper argument and opinion, not evidence, Fed. R. Evid. 701, *et seq*. |
| 12, Exhibit G | The documents attached as Exhibit G are hearsay, Fed. R. Evid. 803. |
| 14, Exhibit I | The document attached as Exhibit I, including Appendix C attached thereto, is hearsay, Fed. R. Evid. 803. |
| 15, Exhibit J | The documents attached as Exhibit J are hearsay, Fed. R. Evid. 803. |
| 18, Exhibit J | The documents attached as Exhibit J are hearsay, Fed. R. Evid. 803. |
| 17 | Hearsay, Fed. R. Evid. 803 |
| 18, Exhibit I | The document attached as Exhibit I, including Appendix C attached thereto, is hearsay, Fed. R. Evid. 803. |
| 20 | First sentence lacks foundation of personal knowledge, Fed. R. Evid. 901; improper argument and opinion, not evidence, Fed. R. Evid. 701, *et seq*. |
| 20, Exhibit K | The documents attached as Exhibit K are hearsay, Fed. R. Evid. 803. |
| 38 | Lacks foundation of personal knowledge, Fed. R. Evid. 901; improper argument and opinion, not evidence, Fed. R. Evid. 701, *et seq*. |
| 40 | Lacks foundation of personal knowledge, Fed. R. Evid. 901, improper argument and opinion, not evidence, Fed. R. Evid. 701, *et seq*. |

SSD Objections to Evidence Re Motion to Compel

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

| Paragraph Exhibit/No. | Objection |
|---|---|
| 40, Exhibit U | The document attached as Exhibit U is hearsay, Fed. R. Evid. 803; improper argument and opinion, Fed. R. Evid. 701, *et seq.*, and lacks foundation of personal knowledge, Fed. R. Evid. 901. |
| 42, Exhibit V | The document attached as Exhibit V is irrelevant, Fed. R. Evid. 401, and therefore not admissible. Fed. R. Evid. 402. |
| 43, Exhibit W | The document attached as Exhibit W is irrelevant, Fed. R. Evid. 401, and therefore not admissible. Fed. R. Evid. 402. |

Dated: May 22, 2007

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P

By:  /s/ Diane L. Gibson
     Diane L. Gibson

Attorneys for Non-Party, Rule 45 Subpoena Recipient Squire, Sanders & Dempsey L.L.P.

SSD Objections to Evidence Re Motion to Compel

- 2 -

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)