# EXHIBIT I

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. __CV 01-10532-TJH (Ex)__                Date: __May 15, 2007__

Title: ANGELES CHEMICAL COMPANY, INC., et al. v. McKESSON CORPORATION, et al.

---

DOCKET ENTRY

---

PRESENT:

HON. CHARLES F. EICK, JUDGE

__STACEY PIERSON__                __N/A__
DEPUTY CLERK                      COURT REPORTER

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None                                     None

PROCEEDINGS:    (IN CHAMBERS)

The Court has read and considered all papers filed in support of and in opposition to Plaintiffs' "Motion to Compel Production of Documents Transmitted by McKesson to Third Parties Pakhoed & Univar Corp." ("the motion"), filed May 3, 2007. The previously scheduled May 25, 2007 hearing date is vacated. The Court has taken the motion under submission without oral argument.

The motion is denied as procedurally improper (see L.R. 37) and substantively without merit. Defendants' request for sanctions is also denied.

cc:    Judge Hatter
       All Counsel of Record

MINUTES FORM 11                                    Initials of Deputy Clerk _____
CIVIL-GEN