SQUIRE, SANDERS & DEMPSEY L.L.P.
Diane L. Gibson (State Bar # 114825)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: digibson@ssd.com

Attorneys for Non-Party, Rule 45 Subpoena
Recipient SQUIRE, SANDERS & DEMPSEY LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., a California corporation, et al., <br><br> Plaintiff, <br><br> vs. <br><br> MCKESSON CORPORATION, a California corporation, et al., <br><br> Defendant. | Northern District Miscellaneous Matter <br> Case No. C 06-80343 Misc MMC (EDL) <br> Case No. C 07-80123 Misc MMC (EDL) <br><br> Case No. 01-10532 TJH (Ex) <br> Central District of California <br><br> **DECLARATION OF MAUREEN BENNETT IN SUPPORT OF SSD'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL SQUIRE, SANDERS & DEMPSEY'S COMPLIANCE WITH MARCH 22, 2007 COURT ORDER** <br><br> Date: June 6, 2007 <br> Time: 9:00 a.m. <br> Courtroom: Courtroom E, 15th Floor |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Declaration of Maureen Bennett in Support of SSD's Opposition to Order Shortening Time on Motion to Compel

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)

I, Maureen Bennett, declare as follows:

1.  I am a partner with the law firm of Squire, Sanders & Dempsey L.L.P. ("SSD"). I make this declaration of my own personal knowledge except as indicated below.

2.  In 2002, I participated in certain legal work that SSD performed for Univar. As part of that legal work, we worked with the client to gather sets of documents on legal issues as to which Univar sought our advice relating to actual or potential claims or litigation with McKesson. Privilege log item 51 is a portion of such a compilation. Item 51 (revised; see Declaration of Diane L. Gibson, ¶18) includes a cover letter transmitting such documents to another law firm representing Univar. It also includes those excerpts from the enclosures to the letter that may have been received originally by Graham & James ("G&J") from McKesson in 1986, although some of the documents may have come from sources other than McKesson. Item 54 is another cover letter, but it does not include the compilation itself, and may be a draft.

3.  Item 12 (revised; see Declaration of Diane L. Gibson, ¶19) is another compilation of documents.

4.  In 2002, Nicole Leonard, then an SSD associate, assisted me on work for Univar in 2002. SSD Privilege Log items 16 and 17 appear to be a draft and another version of a list that Ms. Leonard prepared of some or all of the files selected for review as part of the work performed for Univar in 2002. Nicole Leonard is no longer with SSD.

5.  In 2002, SSD sent certain documents to Univar's counsel, at Univar's request. SSD privilege log Item 33 (cover letter) and 14 (invoice including charge for shipping) reflect such transmittal. These documents shipped included materials that, based on information belief and may have been received by G&J from McKesson in 1986.

6.  Occasionally, at the request of the client or in some cases at the request of one of the consultants of the client on behalf of the client, we have transmitted documents that may have included materials received by G&J from McKesson in 1986. SSD Privilege Log Items 45, 46 and 53 are cover letters reflecting such transmittals. Document 53 was in response to a request from Univar's consultant related to legal issues or advice and/or to ongoing or anticipated claim

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Declaration of Maureen Bennett in Support of Opposition to Angeles' Motion to Compel

- 1 -

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
C 07-80123 Misc MMC (EDL)

1  or litigation. Upon review, we have determined that documents sent with log Items 45 and 46 did
2  not include documents received by G&J from McKesson in 1986 or indexes of such documents.
3      I declare under the penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct. Executed this 22nd day of May 2007 at San Francisco, California.

_____
Maureen Bennett

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Declaration of Diane L. Gibson in Support of
Opposition to Order Shortening Time on
Motion to Compel

- 2 -

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
C 07-80123 Misc MMC (EDL)