1  Squire, Sanders & Dempsey LLP
   Diane L. Gibson (State Bar # 114825)
2  One Maritime Plaza, Suite 300
   San Francisco, CA  94111-3492
3  Telephone:  +1.415.954.0200
   Facsimile:   +1.415.393.9887
4  Email:        digibson@ssd.com

5  Attorneys for Non-Party, Rule 45 Subpoena
   Recipient SQUIRE, SANDERS & DEMPSEY LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., a California corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION, a California corporation, et al.,<br><br>Defendants. | Northern District Miscellaneous Matter<br>Case No. C 06-80343 Misc MMC (EDL)<br>Case No. C 07-80123 Misc MMC (EDL)<br><br>Case No.  01-10532 TJH (Ex)<br>Central District of California<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:   June 6, 2007<br>Time:   9:00 a.m.<br>Dept.:  Courtroom E, 15th Floor |

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA  94111

Certificate of Service

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

*Angeles Chemical Company, Inc. v. McKesson Corporation et al.*
United States District Court, Northern District Miscellaneous Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

Central District of California Case No. 01-10532 TJH (Ex)

**CERTIFICATE OF SERVICE**
(Pursuant to Federal Law)

I, MARY ANN DIMAPASOC, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On May 22, 2007, I served a copy of the following document(s):

- **SQUIRE, SANDERS & DEMPSEY L.L.P.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO ANGELES CHEMICAL COMPANY'S MOTION TO COMPEL SQUIRE, SANDERS & DEMPSEY L.L.P.'S COMPLIANCE WITH THE MARCH 22, 2007 COURT ORDER**

- **SQUIRE, SANDERS & DEMPSEY L.L.P.'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF ANGELES CHEMICAL COMPANY, INC. IN SUPPORT OF ITS MOTION TO COMPEL SQUIRE, SANDERS & DEMPSEY L.L.P.'S COMPLIANCE WITH THE MARCH 22, 2007 COURT ORDER**

- **DECLARATION OF DIANE L. GIBSON IN SUPPORT OF SSD'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL SQUIRE, SANDERS & DEMPSEY'S COMPLIANCE WITH MARCH 22, 2007 COURT ORDER**

- **DECLARATION OF MAUREEN BENNETT IN SUPPORT OF SSD'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL SQUIRE, SANDERS & DEMPSEY'S COMPLIANCE WITH MARCH 22, 2007 COURT ORDER**

- **DECLARATION OF NICHOLAS UNKOVIC IN SUPPORT OF SSD'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL SQUIRE, SANDERS & DEMPSEY'S COMPLIANCE WITH MARCH 22, 2007 COURT ORDER**

[x]    **By Personal Service/Delivery: On I above date, I caused the personal delivery of these documents by hand of the document(s) listed above to the person(s) at the address(es) set forth below:**

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111

Certificate of Service

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)


| | | |
|---|---|---|
| 1 | Jeffery L. Caufield, Esq.<br>Kenneth E. James, Esq.<br>David R. Griffin, Esq.<br>Caufield & James, LLP<br>2851 Camino Del Rio South, Suite 250<br>San Diego, CA 92108<br>ken@caufieldjames.com<br>amber@caufieldjames.com<br>Telephone:  619-540-8533<br>Facsimile:  619-330-2369 | **Attorneys for Greve Financial Services, Inc., Angeles Chemical Company, Inc., and John Locke** |

☒ **Via United States District Court Electronic Filing Service on the party(ies) as set forth below:**

| | | |
|---|---|---|
| | Jeffery L. Caufield, Esq.<br>Kenneth E. James, Esq.<br>David R. Griffin, Esq.<br>Caufield & James, LLP<br>2851 Camino Del Rio South, Suite 250<br>San Diego, CA 92108<br>ken@caufieldjames.com<br>amber@caufieldjames.com<br>Telephone:  619-540-8533<br>Facsimile:  619-330-2369 | **Attorneys for Greve Financial Services, Inc., Angeles Chemical Company, Inc., and John Locke** |
| | Kevin J. Woods, Esq.<br>Todd A. Pickles, Esq.<br>Bingham McCutchen<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>todd.pickles@bingham.com<br>Telephone:  415-393-2392<br>Facsimile:  415-393-2286 | **Attorneys for McKesson Corporation, Harvey Sorking, Seymour Moslin, and the Estate of Paul Maslin** |
| | John D. Edgcomb, Esq.<br>Mary E. Wilke, Esq.<br>Law Office of John D. Edgcomb<br>115 Sansome Street, Suite 805<br>San Francisco, CA 94104<br>jedgcomb@edgcomb-law.com<br>Telephone:  415-399-1555<br>Facsimile:  415-399-1885 | **Attorneys for McKesson Corporation, Harvey Sorking, Seymour Moslin, and the Estate of Paul Maslin** |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 22, 2007 San Francisco, California.

              _____/s/Mary Ann Dimapasoc_____
              MARY ANN DIMAPASOC

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111

Certificate of Service

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)