1  Jeffery L. Caufield (SBN 166524)
   jeff@caufieldjames.com
2  Kenneth E. James (SBN 173775)
   ken@caufieldjames.com
3  CAUFIELD & JAMES, LLP
   2851 Camino Del Rio South, Suite 250
4  San Diego, California 92108
   Telephone: 619-325-0441
5  Facsimile : 619-325-0231

6  Attorneys for Plaintiffs, Greve Financial
   Services, Inc., Angeles Chemical Company,
7  Inc., and John Locke

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 ANGELES CHEMICAL COMPANY, INC.,    )   Northern District Miscellaneous Matter No.
   et al.                             )   Case No. C 06-80343 Misc MMC (EDL)
11                                    )   Case No. C 07-80123 Misc MMC (EDL)
              Plaintiffs,             )
12                                    )   Case No: 01-10532 TJH (Ex)
              vs.                     )   Central District of California
13                                    )
   MCKESSON CORPORATION, a California )   **CERTIFICATE OF SERVICE**
14 Corporation, MCKESSON CHEMICAL     )
   COMPANY, FOREMOST-MCKESSON         )   Date:  June 6, 2007
15 EXPORT CORPORTION, MORELAND-       )   Time:  9:00 a.m.
   MCKESSON CHEMICAL COMPANY INC.,    )   Room:  Courtroom E, 15th Floor
16 and DOES 1 through 500, Inclusive, )          450 Golden Gate Ave
                                      )          San Francisco, CA
17            Defendants.              )   Judge: Hon. Elizabeth D. Laporte
                                      )
18

Certificate of Service

Northern District Misc. Matter No.
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

**Certificate of Service**

I, the undersigned, declare: I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 2851 Camino Del Rio South, Suite 250, San Diego, California 92108. I served a copy of the following document(s):

1. PLAINTIFF ANGELES CHEMICAL COMPANY'S REPLY TO SQUIRE SANDERS & DEMPSEY L.L.P'S OPPOSITION TO ANGELES CHEMICAL COMPANY'S MOTION TO COMPEL SQUIRE, SANDERS, & DEMPSEY L.L.P'S COMPLIANCE WITH THE MARCH 22, 2007 COURT ORDER

2. PLAINTIFF ANGELES CHEMICAL COMPANY'S EVIDENTIARY OBJECTIONS TO SQUIRE SANDERS & DEMPSEY L.L.P'S OPPOSITION TO MOTION TO COMPEL COMPLIANCE WITH THE MARCH 22, 2007 COURT ORDER

3. PLAINTIFF ANGELES CHEMICAL COMPANY'S RESPONSE TO SQUIRE SANDERS & DEMPSEY L.L.P'S EVIDENTIARY OBJECTIONS OPPOSITION TO ANGELES' MOTION TO COMPEL COMPLIANCE WITH THE MARCH 22, 2007 COURT ORDER

4. SUPPLEMENTAL DECLARATION OF JEFFERY L. CAUFIELD IN SUPPORT OF ANGELES' REPLY TO SQUIRE SANDERS & DEMPSEY'S OPPOSITION TO ANGELES' MOTION TO COMPEL SQUIRE SANDERS & DEMPSEY'S COMPLIANCE WITH THE MARCH 22, 2007 COURT ORDER

☐ (BY MAIL) I caused each such envelope to be sealed and placed for collection and mailing from my business address. I am readily familiar with Caufield & James' practice for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited with the postage thereon fully prepaid in the United States Postal Service the same day as it is placed for collection. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ (BY OVERNIGHT MAIL) I am readily familiar with the practice of Caufield & James for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained for overnight delivery.

☐ (BY FACSIMILE) This document was transmitted by facsimile transmission from (619) 325-0231 and the transmission was reported as complete and without error. I then caused the transmitting facsimile machine to properly issue a transmission report confirming the transmission.

☐ (BY ELECTRONIC TRANSMISSION) This document was transmitted by electronic transmission from amber@caufieldjames.com and the transmission was reported as complete and without error. I then caused the transmitting e-mail account to properly issue a report confirming the electronic transmission.

☒ By Unites States District Court Electronic Filing Service on the parties as set forth below.
SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 29, 2007, at San Diego, California.

_____
Amber Hinojosa

Certificate of Service

1

Northern District Misc. Matter No.
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

Northern District Miscellaneous Matter No.
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

Case No: 01-10532 TJH (Ex)
Central District of California

## SERVICE LIST

*Counsel for McKesson Corporation, Harvey Sorkin, Seymour Moslin and the Estate of Paul Maslin:*

John D. Edgcomb, Esq.
Mary E. Wilke, Esq.
115 Sansome Street, Suite 805
San Francisco, CA 94104
Tel: (415) 399-1555; Fax: (415) 399-1885

jedgcomb@edgcomb-law.com
mwilke@edgcomb-law.com
cleboeuf@edgcomb-law.com
nuribe@edgcomb-law.com

Nancy M. Wilms, Esq.
Jill Cooper Teraoka, Esq.
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Tel: 213-680-6400; Fax: 213-680-6499

nancy.wilms@bingham.com
jill.teraoka@bingham.com

*Counsel for Donna and Robert Berg, Pearl Rosenthal and the Estate of Arnold Rosenthal:*

Devon M. Lyon, Esq.
Law Offices of Timothy Cronin
202 Fashion Lane, Suite 208
Tustin, CA 92780
Tel: (714) 505-9365; Fax: (714) 505-3792

dlyon@crolaw.com
tcronin@crolaw.com

*Counsel for Squire Sanders & Dempsey, LLP*

Diane L. Gibson
Suzanne Henderson
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Tel: (415) 954-0200; Fax: (415) 393-9887

shenderson@ssd.com

Certificate of Service

2

Northern District Misc. Matter No.
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)