**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELES CHEMICAL COMPANY, INC.

        Plaintiff,

   v.

MCKESSON CORPORATION, et al.,

        Defendants.
_____/

No. C 06-80343 Misc MMC (EDL)

related to

No. C 07-80123 Misc MMC (EDL)

**CLERK'S NOTICE VACATING HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiff Angeles Chemical Company's Motion to Compel Squire Sanders & Dempsey's Compliance with the March 22, 2007 Court Order scheduled for June 6, 2007 at 9:00 a.m. before Magistrate Judge Laporte has been taken off calendar. The Court finds the matter suitable for decision without oral argument and deems the matter submitted on the papers.

Dated: May 30, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Lili M. Harrell
    Courtroom Deputy