1 | Jeffery L. Caufield (SBN 166524)
  | jeff@caufieldjames.com
2 | Kenneth E. James (SBN 173775)
  | ken@caufieldjames.com
3 | CAUFIELD & JAMES, LLP
  | 2851 Camino Del Rio South, Suite 250
4 | San Diego, California 92108
  | Telephone: 619-325-0441
5 | Facsimile : 619-325-0231

6 | Attorneys for Plaintiffs, Greve Financial
  | Services, Inc., Angeles Chemical Company,
7 | Inc., and John Locke

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>MCKESSON CORPORATION, a California Corporation, MCKESSON CHEMICAL COMPANY, FOREMOST-MCKESSON EXPORT CORPORTION, MORELAND-MCKESSON CHEMICAL COMPANY INC., and DOES 1 through 500, Inclusive,<br><br>Defendants. | Northern District Miscellaneous Matter No.<br>Case No. C 06-80343 Misc MMC (EDL)<br>Case No. C 07-80123 Misc MMC (EDL)<br><br>Case No: 01-10532 TJH (Ex)<br>Central District of California<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  June 6, 2007<br>Time:  9:00 a.m.<br>Room:  Courtroom E, 15th Floor<br>          450 Golden Gate Ave<br>          San Francisco, CA<br>Judge:  Hon. Elizabeth D. Laporte |

Certificate of Service                    Northern District Misc. Matter No.
                                          Case No. C 06-80343 Misc MMC (EDL)
                                          Case No. C 07-80123 Misc MMC (EDL)

## Certificate of Service

I, the undersigned, declare: I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 2851 Camino Del Rio South, Suite 250, San Diego, California 92108. I served a copy of the following document(s):

PLAINTIFF ANGELES CHEMICAL COMPANY'S OBJECTIONS TO SQUIRE SANDERS & DEMPSEY LLP'S JUNE 6, 2007 LETTER TO HONORABLE AND SUBSEQUENT REFUSAL TO OBEY MAGISTRATE LAPORTE'S ORDER DATED MAY 31, 2007

☐ (BY MAIL) I caused each such envelope to be sealed and placed for collection and mailing from my business address. I am readily familiar with Caufield & James' practice for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited with the postage thereon fully prepaid in the United States Postal Service the same day as it is placed for collection. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ (BY OVERNIGHT MAIL) I am readily familiar with the practice of Caufield & James for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained for overnight delivery.

☐ (BY FACSIMILE) This document was transmitted by facsimile transmission from (619) 325-0231 and the transmission was reported as complete and without error. I then caused the transmitting facsimile machine to properly issue a transmission report confirming the transmission.

☐ (BY ELECTRONIC TRANSMISSION) This document was transmitted by electronic transmission from amber@caufieldjames.com and the transmission was reported as complete and without error. I then caused the transmitting e-mail account to properly issue a report confirming the electronic transmission.

☒ By Unites States District Court Electronic Filing Service on the parties as set forth below.

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 11, 2007, at San Diego, California.

*Amber Hinojosa*

Certificate of Service

1

Northern District Misc. Matter No.
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

Northern District Miscellaneous Matter No.<br>
Case No. C 06-80343 Misc MMC (EDL)<br>
Case No. C 07-80123 Misc MMC (EDL)<br>
<br>
Case No: 01-10532 TJH (Ex)<br>
Central District of California

# SERVICE LIST

*Counsel for McKesson Corporation, Harvey Sorkin,*

*Seymour Moslin and the Estate of Paul Maslin:*

jedgcomb@edgcomb-law.com
mwilke@edgcomb-law.com
cleboeuf@edgcomb-law.com
nuribe@edgcomb-law.com

John D. Edgcomb, Esq.
Mary E. Wilke, Esq.
115 Sansome Street, Suite 805
San Francisco, CA 94104
Tel: (415) 399-1555; Fax: (415) 399-1885

nancy.wilms@bingham.com
jill.teraoka@bingham.com

Nancy M. Wilms, Esq.
Jill Cooper Teraoka, Esq.
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Tel: 213-680-6400; Fax: 213-680-6499

*Counsel for Donna and Robert Berg, Pearl Rosenthal and the Estate of Arnold Rosenthal:*

Devon M. Lyon, Esq.
Law Offices of Timothy Cronin
202 Fashion Lane, Suite 208
Tustin, CA 92780
Tel: (714) 505-9365; Fax: (714) 505-3792

dlyon@crolaw.com
tcronin@crolaw.com

*Counsel for Squire Sanders & Dempsey, LLP*

shenderson@ssd.com

Diane L. Gibson
Suzanne Henderson
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Tel: (415) 954-0200; Fax: (415) 393-9887

2

Certificate of Service    Northern District Misc. Matter No.
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)