1  Jeffery L. Caufield (SBN 166524)
   jeff@caufieldjames.com
2  Kenneth E. James (SBN 173775)
   ken@caufieldjames.com
3  CAUFIELD & JAMES, LLP
   2851 Camino Del Rio South, Suite 250
4  San Diego, California 92108
   Telephone: 619-325-0441
5  Facsimile : 619-325-0231

6  Attorneys for Plaintiffs, Greve Financial
   Services, Inc., Angeles Chemical Company,
7  Inc., and John Locke

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10 | ANGELES CHEMICAL COMPANY, INC., ) | Northern District Miscellaneous Matter No.
   | et al.                          ) | Case No. C 06-80343 Misc MMC (EDL)
11 |                                 ) | Case No. C 07-80123 Misc MMC (EDL)
   | Plaintiffs,                     ) |
12 |                                 ) | Case No: 01-10532 TJH (Ex)
   | vs.                             ) | Central District of California
13 |                                 ) |
   | MCKESSON CORPORATION, a California ) | [PROPOSED] ORDER GRANTING
14 | Corporation, MCKESSON CHEMICAL  ) | PLAINTIFF ANGELES CHEMICAL
   | COMPANY, FOREMOST-MCKESSON      ) | COMPANY'S MOTION TO COMPEL
15 | EXPORT CORPORTION, MORELAND-    ) | THELEN REID BROWN RAYSMAN
   | MCKESSON CHEMICAL COMPANY INC., ) | STEINER LLP TO PRODUCE
16 | and DOES 1 through 500, Inclusive, ) | DOCUMENTS
   |                                 ) |
17 | Defendants.                     ) |
   |                                 ) |

28  Plaintiff Angeles' Proposed Order                Northern District Misc. Matter No.
                                                    Case No. C 06-80343 Misc MMC (EDL)
                                                    Case No. C 07-80123 Misc MMC (EDL)

1   This matter came before the Court on Plaintiff Angeles Chemical Company's ("Angeles")
2   Motion to Compel. Having read and considered the papers filed and arguments presented, and
3   being fully informed, the Court hereby GRANTS Angeles' Motion to Compel. The Court
4   compels that Thelen Reid Brown Raysman & Steiner LLP ("Thelen & Reid") produce documents
5   in accordance with Angeles subpoenas.
6       IT IS HEREBY ORDERED THAT Thelen & Reid, within three weeks of this Order, shall
7   produce all documents within Thelen & Reid's possession, custody, and control that respond to
8   Angeles subpoenas.

10   IT IS SO ORDERED.

13   DATED: _____, 2007

United States District Court

15   Submitted by:
16   Caufield & James, LLP

18   Jeffery L. Caufield, Esq.
     Attorneys for Plaintiffs
19   DATED: July 2, 2007

28   Plaintiff Angeles' Proposed Order

1

Northern District Misc. Matter No.
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)