1  Squire, Sanders & Dempsey LLP
   Diane L. Gibson (State Bar # 114825)
2  One Maritime Plaza, Suite 300
   San Francisco, CA 94111-3492
3  Telephone:  +1.415.954.0200
   Facsimile:  +1.415.393.9887
4  Email:      digibson@ssd.com

5  Attorneys for Non-Party, Rule 45 Subpoena
   Recipient SQUIRE, SANDERS & DEMPSEY LLP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., a California corporation, et al., | Northern District Miscellaneous Matter<br>Case No. C 06-80343 Misc MMC (EDL)<br>Case No. C 07-80123 Misc MMC (EDL) |
| Plaintiff, | Case No. 01-10532 TJH (Ex)<br>Central District of California |
| vs. | |
| MCKESSON CORPORATION, a California corporation, et al., | Hon. Elizabeth D. Laporte<br>Courtroom E, 15th Floor |
| Defendants. | **CERTIFICATE OF SERVICE** |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111

Certificate of Service

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

*Angeles Chemical Company, Inc. v. McKesson Corporation et al.*
United States District Court, Northern District Miscellaneous Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

Central District of California Case No. 01-10532 TJH (Ex)

**CERTIFICATE OF SERVICE**
(Pursuant to Federal Law)

I, REGINA ARROYO, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On July 16, 2007, I served a copy of the following document(s):

- **SQUIRE, SANDERS & DEMPSEY L.L.P.'S NOTICE OF COMPLIANCE WITH ORDER DATED JULY 5, 2007 AND REQUEST FOR CLARIFICATION**

was served on:

| | |
|---|---|
| Jeffery L. Caufield, Esq.<br>Kenneth E. James, Esq.<br>David R. Griffin, Esq.<br>Caufield & James, LLP<br>2851 Camino Del Rio South, Suite 250<br>San Diego, CA 92108<br>ken@caufieldjames.com<br>amber@caufieldjames.com<br>Telephone:  619-540-8533<br>Facsimile:   619-330-2369 | **Attorneys for Greve<br>Financial Services, Inc.,<br>Angeles Chemical Company,<br>Inc., and John Locke** |

*(Also served by personal service. A copy of certificate of personal service to follow).*

| | |
|---|---|
| Kevin J. Woods, Esq.<br>Todd A. Pickles, Esq.<br>Bingham McCutchen<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>todd.pickles@bingham.com<br>Telephone:  415-393-2392<br>Facsimile:   415-393-2286 | **Attorneys for McKesson<br>Corporation, Harvey<br>Sorking, Seymour Moslin,<br>and the Estate of Paul Maslin** |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111

Certificate of Service

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

| | |
|---|---|
| John D. Edgcomb, Esq.<br>Mary E. Wilke, Esq.<br>Law Office of John D. Edgcomb<br>115 Sansome Street, Suite 805<br>San Francisco, CA 94104<br>jedgcomb@edgcomb-law.com<br>Telephone:  415-399-1555<br>Facsimile:   415-399-1885 | **Attorneys for McKesson Corporation, Harvey Sorking, Seymour Moslin, and the Estate of Paul Maslin** |

☒  By U.S. Mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒  Via United States District Court Electronic Filing Service on the party(ies) as set forth below:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 16, 2007, at San Francisco, California.

*/s/ Regina Arroyo*
REGINA ARROYO

---

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111

Certificate of Service

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)