JENNIFER A. KUENSTER, State Bar No. 104607
ROSS M. PETTY, State Bar No. 166366
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 644-6519

Attorneys for Non-Party
THELEN REID BROWN RAYSMAN & STEINER LLP

JEFFREY L. CAUFIELD, State Bar No. 166524
KENNETH E. JAMES, State Bar No. 173775
CAUFIELD & JAMES, LLP
2851 Camino Del Rio South, Suite 250
San Diego, California 92108
Telephone: (619) 325-0441
Facsimile: (619) 325-0231

Attorneys for Plaintiffs GREVE FINANCIAL SERVICES, INC.,
ANGELES CHEMICAL COMPANY, INC. and JOHN LOCKE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., a California corporation, etc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, a California corporation, etc., et al.<br><br>Defendants. | Northern District Misc. Matter No.<br><br>Case No.: C 06-80343 MISC MMC (EDL)<br><br>Case No.: C 07-80123 MISC MMC (EDL)<br><br>Central District of California<br><br>Case No.: 01-10532 TJH (Ex)<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL; [PROPOSED] ORDER THEREON**<br><br>Date:  August 14, 2007<br>Time:  9:00 a.m.<br>Room:  E<br>Judge: Hon. Elizabeth D. Laporte |
| AND RELATED CROSS ACTION. | |

SF #1311295 v1-

STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS'
MOTION TO COMPEL; [PROPOSED] ORDER THEREON

1  The parties, by and through their undersigned attorneys of record, hereby stipulate and
2  respectfully request to continue the hearing on Plaintiffs' Motion to Compel, currently set for
3  August 14, 2007, at 9:00 a.m., in Room E, to August 28, 2007, to 9:00 a.m., in Room E.
4  Plaintiffs Greve Financial Services, Inc., Angeles Chemical Company, Inc. and John
5  Locke (collectively "Plaintiffs") have issued subpoenas to non-party Thelen Reid Brown
6  Raysman & Steiner ("Thelen") requesting any documents in Thelen's possession, custody or
7  control concerning, among other matters, a former McKesson Chemical Company site in Santa Fe
8  Springs, California. In order for Thelen to complete its search and to allow for additional time for
9  the parties to meet and confer, the parties have agreed to continue the hearing date on Plaintiffs'
10 Motion to Compel.
11 Based on the above, the plaintiffs and Thelen stipulate to moving the Motion to Compel to
12 August 28, 2007, at 9:00 a.m., in Room E.

13 Dated: July 23, 2007        THELEN REID BROWN RAYSMAN & STEINER LLP

15                              By: _____
16                              Ross M. Petty
                                Attorneys for Non-Party THELEN REID
                                BROWN RAYSMAN & STEINER LLP

18 Dated: 7/23, 2007           CAUFIELD & JAMES, LLP

20                              By: _____
                                Jeffrey L. Caufield
21                              Kenneth E. James
                                Attorneys for Plaintiffs GREVE FINANCIAL
22                              SERVICES, INC., ANGELES CHEMICAL
                                COMPANY, INC. and JOHN LOCKE
23

24 **BASED ON THE FOREGOING STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

25

26 Dated:_____       _____
                                **JUDGE OF THE UNITED STATES**
27                              **DISTRICT COURT, NORTHERN DISTRICT**
                                **OF CALIFORNIA**
28

SF #1311295 v1                  -2-
STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS'
MOTION TO COMPEL; [PROPOSED] ORDER THEREON