JENNIFER A. KUENSTER, State Bar No. 104607
ROSS M. PETTY, State Bar No. 166366
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 644-6519

Attorneys for Non-Party
THELEN REID BROWN RAYSMAN & STEINER LLP


JEFFREY L. CAUFIELD, State Bar No. 166524
KENNETH E. JAMES, State Bar No. 173775
CAUFIELD & JAMES, LLP
2851 Camino Del Rio South, Suite 250
San Diego, California 92108
Telephone: (619) 325-0441
Facsimile: (619) 325-0231

Attorneys for Plaintiffs GREVE FINANCIAL SERVICES, INC.,
ANGELES CHEMICAL COMPANY, INC. and JOHN LOCKE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., a California corporation, etc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, a California corporation, etc., et al.<br><br>Defendants.<br><br>AND RELATED CROSS ACTION. | Northern District Misc. Matter No.<br><br>Case No.: C 06-80343 MISC MMC (EDL)<br><br>Case No.: C 07-80123 MISC MMC (EDL)<br><br>Central District of California<br><br>Case No.: 01-10532 TJH (Ex)<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL; [PROPOSED] ORDER THEREON**<br><br>Date:  August 14, 2007<br>Time:  9:00 a.m.<br>Room: E<br>Judge: Hon. Elizabeth D. Laporte |

SF #1311295 v1-

STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS'
MOTION TO COMPEL; [PROPOSED] ORDER THEREON

1  The parties, by and through their undersigned attorneys of record, hereby stipulate and
2  respectfully request to continue the hearing on Plaintiffs' Motion to Compel, currently set for
3  August 14, 2007, at 9:00 a.m., in Room E, to August 28, 2007, to 9:00 a.m., in Room E.

4  Plaintiffs Greve Financial Services, Inc., Angeles Chemical Company, Inc. and John
5  Locke (collectively "Plaintiffs") have issued subpoenas to non-party Thelen Reid Brown
6  Raysman & Steiner ("Thelen") requesting any documents in Thelen's possession, custody or
7  control concerning, among other matters, a former McKesson Chemical Company site in Santa Fe
8  Springs, California. In order for Thelen to complete its search and to allow for additional time for
9  the parties to meet and confer, the parties have agreed to continue the hearing date on Plaintiffs'
10 Motion to Compel.

11 Based on the above, the plaintiffs and Thelen stipulate to moving the Motion to Compel to
12 August 28, 2007, at 9:00 a.m., in Room E.

13 Dated: July 23, 2007         THELEN REID BROWN RAYSMAN & STEINER LLP

15           By: _____
              Ross M. Petty
16            Attorneys for Non-Party THELEN REID
              BROWN RAYSMAN & STEINER LLP

18 Dated: 7/23, 2007            CAUFIELD & JAMES, LLP

20           By: _____
              Jeffrey L. Caufield
21            Kenneth E. James
              Attorneys for Plaintiffs GREVE FINANCIAL
22            SERVICES, INC., ANGELES CHEMICAL
              COMPANY, INC. and JOHN LOCKE

24 BASED ON THE FOREGOING STIPULATION, AND GOOD CAUSE SHOWN,
   IT IS SO ORDERED.

   IT IS SO ORDERED
   Elizabeth D. Laporte
   Judge Elizabeth D. Laporte

26 Dated: July 24, 2007         ELIZABETH D. LAPORTE
                                UNITED STATES MAGISTRATE JUDGE
27                              JUDGE OF THE UNITED STATES
                                DISTRICT COURT, NORTHERN DISTRICT
                                OF CALIFORNIA

SF #1311295 v1                              -2-
STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS'
MOTION TO COMPEL; [PROPOSED] ORDER THEREON