```
 1  Law Office of John D. Edgcomb
    JOHN D. EDGCOMB (SBN 112275)
 2  MARY E. WILKE (SBN 216723)
    115 Sansome Street, Suite 805
 3  San Francisco, California 94104
    Telephone: (415) 399-1555
 4  Facsimile: (415) 399-1885
    jedgcomb@edgcomb-law.com
 5
    Bingham McCutchen LLP
 6  NANCY M. WILMS (SBN 111837)
    355 South Grand Avenue, Suite 4400
 7  Los Angeles, California 90071-3106
    Telephone: (213) 680-6400
 8  Facsimile: (213) 680-6499
    jill.teraoka@bingham.com
 9
    Attorneys for Defendant/Counterplaintiff
10  McKESSON CORPORATION and
    Defendants/Counterclaimants/Cross-Claimants
11  HARVEY SORKIN, SEYMOUR MOSLIN,
    AND THE ESTATE OF PAUL MASLIN
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., a California Corporation, GREVE FINANCIAL SERVICES, INC., a California Corporation, and JOHN G. LOCKE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>McKESSON CORPORATION, a California Corporation, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | CASE NO.S C-06-80343 Misc MMC (EDL); C-07-80123 MMC (EDL)<br><br>Central District of California Case No. 01-10532 TJH (Ex)<br><br>**MCKESSON CORPORATION'S NOTICE OF COMPLIANCE WITH MAGISTRATE LAPORTE'S JULY 5, 2007 ORDER AND REQUEST FOR CLARIFICATION**<br><br>Hon. Elizabeth D. Laporte<br>Courtroom E, 15th Floor |

McKESSON CORPORATION'S OPPOSITION TO PLAINTIFFS' AND COUNTERDEFENDANTS' JOINT EX PARTE
APPLICATION FOR CONTINUANCE OF DEADLINES

I.  McKesson's Compliance with July 5, 2007 Order.

Defendant and Counter-claimant McKesson Corporation ("McKesson") hereby provides notice to the Court and all parties that, pursuant to the Court's Order re: Motion to Compel Compliance dated July 5, 2007 ("Order"), on July 19, 2007, after reviewing all documents produced to it by Squire, Sanders & Dempsey on July 11 and 12, 2007 for privilege, McKesson produced to plaintiffs' counsel all such documents deemed not privileged. On July 24, 2007, McKesson produced to plaintiffs' counsel a second revised privilege log, amended to include the eight documents withheld from those documents produced by Squire, Sanders & Dempsey to McKesson on July 11 and 12, 2007, which were determined by McKesson to be privileged.

II.  McKesson's Request for Clarification of July 5, 2007 Order.

Pursuant to Civil Local Rule 72-2, Federal Rule of Civil Procedure 72(a) and 28 U.S.C. § 636(b)(1)(a), McKesson hereby requests clarification regarding the Order as follows:

At page 3:2-3, the Order states that "McKesson is ordered to create an index and provide identification and location information for relevant boxes and/or relevant files that are related to the 1986 transaction at issue." Upon review of the Order lines 2:25-28 and 3:1, it appears that the Court intended to order Squire, Sanders & Dempsey to create this index, not McKesson. 0McKesson lacks the information to create such an index and it was apparently Squire, Sanders & Dempsey, not McKesson, that offered to do so. McKesson seeks clarification on which party is ordered to "create an index and provide identification and location information for relevant boxes and/or relevant files that are related to the 1986 transaction at issue." Squire, Sanders & Dempsey previously sought the same clarification in its previously-filed "Notice of Compliance With Order Dated July 5, 2007 and Request for Clarification filed on July 16, 2007.

1

Respectfully submitted,

DATED: July 25, 2007					LAW OFFICE OF JOHN D. EDGCOMB

							By: _____
							John D. Edgcomb
							Attorneys for
							Defendant/Counterplaintiff
							McKESSON CORPORATION and
							Defendants/Counterclaimants/Cross-
							Claimants HARVEY SORKIN,
							SEYMOUR MOSLIN, AND THE
							ESTATE OF PAUL MASLIN

DATED: July 25, 2007					BINGHAM MCCUTCHEN LLP

							By: _____
							Nancy M. Wilms
							Attorneys for
							Defendant/Counterplaintiff
							McKESSON CORPORATION and
							Defendants/Counterclaimants/Cross-
							Claimants HARVEY SORKIN,
							SEYMOUR MOSLIN, AND THE
							ESTATE OF PAUL MASLIN

## PROOF OF SERVICE

I am a citizen of the United States, over 18 years of age, not a party to the litigation, and am an attorney with the Law Office of John D. Edgcomb, 115 Sansome Street, Suite 805, San Francisco, CA 94104. I am readily familiar with the practice of this office for collection and processing of correspondence for electronic service.

Today I served the attached:

**McKESSON CORPORATION NOTICE OF COMPLAINCE AND REQUEST FOR CLARIFICATION**

by causing a true and correct copy of the above to be e-mailed to the PERSONS on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct and that this reply was executed in San Francisco, California on July 25, 2007.

By _____
Mary E. Wilke

## SERVICE LIST

| | |
|---|---|
| Jeffrey L. Caufield<br>2851 Camino Del Rio South, Suite 250<br>San Diego, CA 92108<br>jeff@caufieldjames.com | Attorneys for Angeles Chemical Company, Inc., John Locke, and Greve Financial Services, Inc. |
| Diane Gibson<br>Squire, Sanders & Dempsey<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111<br>digibson@ssd.com | Attorneys for Squire, Sanders & Dempsey |
| Devon Lyon<br>Law Offices of Timothy Cronin<br>202 Fashion Lane, Suite 208<br>Tustin, CA 92780<br>dlyon@crolaw.com | Attorneys for Pearl and Arnold Rosenthal and Donna and Robert Berg |