1  Squire, Sanders & Dempsey LLP
   Diane L. Gibson (State Bar # 114825)
2  Daniel T. Balmat (State Bar # 230504)
   One Maritime Plaza, Suite 300
3  San Francisco, CA  94111-3492
   Telephone:  +1.415.954.0200
4  Facsimile:  +1.415.393.9887
   Email:   digibson@ssd.com
5            dbalmat@ssd.com

6  Attorneys for Non-Party, Rule 45 Subpoena
   Recipient SQUIRE, SANDERS & DEMPSEY LLP
7

8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | ANGELES CHEMICAL COMPANY, INC., a California corporation, et al., | Northern District Miscellaneous Matter Case No. C 06-80343 Misc MMC (EDL) |
|---|---|---|
| 13 | | Case No. C 07-80123 Misc MMC (EDL) |
| 14 | Plaintiff, | Case No.  01-10532 TJH (Ex) |
| 15 | vs. | Central District of California |
| 16 | MCKESSON CORPORATION, a California corporation, et al., | Hon. Elizabeth D. Laporte Courtroom E, 15th Floor |
| 17 | Defendants. | |
| 18 | | **CERTIFICATE OF SERVICE RE PROOF OF HAND DELIVERY** |

19
20
21
22
23
24
25
26
27
28

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111

Certificate of Service re Proof of Hand Delivery

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Daniel T. Balmat, 230504 <br> SQUIRE, SANDERS & DEMPSEY (SF) <br> 1 Maritime Plaza <br> San Francisco, CA 94111-3492 <br> ATTORNEY FOR (Name): Other | TELEPHONE NO.: <br> (415) 954-0200 <br><br> Ref. No. or File No. <br> 990027-00058 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: <br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | | |

| PLAINTIFF: |
|---|
| Angeles Chemical Company, Inc. |
| DEFENDANT: |
| McKesson Corporation |

| PROOF OF HAND DELIVERY | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> C06-80343; C07-80123 |
|---|---|---|---|---|

At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of the following: Squire, Sanders & Dempsey LLP's Notice of Compliance With Order Dated July 5, 2007 and Request for Clarification, Certificate of Service

NAME OF ATTORNEY: Jeffery L. Caufield, Esq.

**BY FAX**

DELIVERED TO: Stephanie Santos - Person in Charge of Office

DATE & TIME OF DELIVERY: July 17, 2007       12:00 pm

ADDRESS, CITY, AND STATE: 2851 Camino Del Rio South Suite 250
San Diego, CA 92108

MANNER OF SERVICE:
Delivery to Law Office: Service was made by delivery to the attorney's office; or by leaving the document(s) with his/her clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP §1011(a)]

Fee for Service: $ 75.00

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

July 23, 2007

Quan Pham
Registered California Process Server: SAN DIEGO County
Registration No.959 Expiration:February 11, 2007
One Legal, Inc. - 132-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

Signature: _____

982(a)(23)[New July 1, 1987]