1  JENNIFER A. KUENSTER, Bar No. 104607
   ROSS M. PETTY, Bar No. 166366
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105-3606
   Tel: (415) 371-1200
4  Fax: (415) 644-6519

5  Attorneys for Non-Party
   THELEN REID BROWN RAYSMAN & STEINER LLP
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | ANGELES CHEMICAL COMPANY, et al., | Northern District Miscellaneous Matter No.:
   |                                    | Case No. C 06-80343 Misc MMC (EDL)
13 |                                    | Case No. C 07-80123 Misc MMC (EDL)
14 | Plaintiffs,                        | Central District of California
   |                                    | Case No.: 01-10532 TJH (Ex)
15 | v.                                 |
16 | McKESSON CORPORATION, et al.,      | **DECLARATION OF**
   |                                    | **JENNIFER A. KUENSTER**
17 | Defendants.                        |
18                                       Date:    August 22, 2007
                                          Time:    9:00 a.m.
19                                        Room:    E
                                          Judge:   Hon. Elizabeth D. Laporte
20

21

22

23

24

25

26

27

28

SF #1318629 v1                        - 1 -
                    DECLARATION OF JENNIFER A. KUENSTER

1   I, Jennifer A. Kuenster, declare:

2   1. I am a member of the State Bar of California and a partner of Thelen Reid Brown Raysman & Steiner LLP ("Thelen"). Except for matters based on knowledge and belief, I have personal knowledge of the following facts, and if called to testify, could and would competently testify thereto.

2. On or about May 14, 2007, counsel for plaintiffs Angeles Chemical Company, et al. served a civil subpoena to produce documents on Thelen at its San Francisco, California office. Also on or about May 15, 2007, counsel for plaintiffs served virtually identical document subpoenas on, respectively, Thelen's offices in San Jose and Palo Alto, California. An amended document subpoena was served on Thelen's San Francisco office on or about June 4, 2007. True and correct copies of the document subpoenas are attached hereto as Exhibit A.

3. Thelen served written objections to the Document Subpoenas on or about May 29, 2007, and June 15, 2007. True and correct copies of the written objections to the subpoenas are attached hereto as Exhibit B.

4. On or about June 20, 2007, counsel for plaintiffs sent a letter addressed to Nevin Brownfield, a Thelen associate, proposing a telephone conference on June 22, 2007 to meet and confer about the document subpoenas and Thelen's objections. In response, Thelen proposed a conference call on June 25, 2007.

5. I am informed that on or about June 25, 2007, Thelen attorneys Ross Petty and Nevin Brownfield participated in a meet and confer conference call with counsel for plaintiffs, including Jeff Caufield and Joe Rossettie of Caufield & James, concerning the scope of the document subpoenas. Plaintiffs' counsel advised that they were seeking the production of any original McKesson Chemical operational records in Thelen's possession, or confirmation that Thelen did not currently possess any such records.

6. It is my understanding that a company known as Univar acquired certain McKesson Chemical Company assets from McKesson Corporation in approximately 1986, but that acquisition did not include the McKesson Chemical Company facility located at 9005 Sorenson Avenue, Santa Fe Springs, California (the "Santa Fe Springs site") at issue in the

1  *Angeles Chemical Company, et al. v. McKesson Corporation, et al.* litigation. More recently,
2  Thelen has been retained by Univar and McKesson in various personal injury litigation matters,
3  and I am the partner responsible for Univar and McKesson representation at this firm. To my
4  knowledge, the matters handled by Thelen are completely unrelated to the Santa Fe Springs site or
5  the *Angeles Chemical Company, et al. v. McKesson Corporation, et al.* litigation.

6        7.    In connection with Thelen's representation of Univar and McKesson in
7  various personal injury matters, in about April 2003, Thelen received various boxes of original
8  McKesson Chemical Company records from Univar. After Thelen completed its review of the
9  boxes, all of the boxes were placed in storage at Thelen's offices at 101 Second Street, San
10 Francisco, California.

11       8.    The McKesson Chemical Company records that Thelen received in 2003
12 remained in Thelen's possession continuously until January 2006, when Thelen received a request
13 from Univar's outside counsel, Leslie Schenck of the law firm of Garvey Schubert Barer in
14 Seattle, Washington, that Thelen forward all of the original McKesson Chemical Company
15 records stored at Thelen's offices. Under my direction, all of the boxes of original McKesson
16 Chemical Company records were shipped to Ms. Schenck in January 2006. I am not aware of any
17 other original McKesson Chemical Company records that were ever sent to Thelen, and, based on
18 a further search of Thelen's files following the receipt of the document subpoenas in this action, to
19 my knowledge Thelen no longer has possession of any original McKesson Chemical Company
20 records in any of its offices.

21       I declare under penalty of perjury under the laws of the State of California that the
22 foregoing is true and correct to the best of my knowledge and belief. Executed this 7th day of
23 August, 2007 at Houston, Texas.

                                                    */s/ Jennifer A. Kuenster*
                                                    Jennifer A. Kuenster

SF #1318629 v1                           - 3 -
                        DECLARATION OF JENNIFER A. KUENSTER