1    SQUIRE, SANDERS & DEMPSEY L.L.P.
     Diane L. Gibson (State Bar # 114825)
2    One Maritime Plaza, Suite 300
     San Francisco, CA 94111-3492
3    Telephone:  +1.415.954.0200
     Facsimile:  +1.415.393.9887
4    Email:    digibson@ssd.com

5    Attorneys for Non-Party, Rule 45 Subpoena
     Recipient SQUIRE, SANDERS & DEMPSEY LLP

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11   ANGELES CHEMICAL COMPANY,              Northern District Miscellaneous Matter
     INC.,  a California corporation, *et al*.,   Case No. C 06-80343 Misc MMC (EDL)
12                                              Case No. C 07-80123 Misc MMC (EDL)
                      Plaintiff,
13                                              Case No. 01-10532 TJH (Ex)
                                                Central District of California
14            vs.

     MCKESSON CORPORATION, a
15   California corporation, *et al.*,

16                                              **NOTICE OF ENTRY OF STAY OF**
                      Defendant.                **UNDERLYING ACTION**

17

18

19

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

NOTICE OF ENTRY OF STAY IN UNDERLYING          Northern Dist. Misc. Matter
ACTION                                         Case No. C 06-80343 Misc MMC (EDL)
                                               Case No. C 07-80123 Misc MMC (EDL)

1    Non-party, Rule 45 Subpoena Recipient Squire, Sanders & Dempsey, L.L.P. ("SSD")

2  hereby provides notice to this Court and parties that the underlying action, *Angeles Chemical*

3  *Company et al. v. McKesson Corporation et al.*, C.D. Cal. Case No. 01-10532, has been stayed,

4  including as to discovery as to SSD.  *See*, Joint Stipulation For Litigation Stay and Motion for

5  Continuance of All Scheduling Order Deadlines for Forty-Five (45) Days, attached hereto as

6  Exhibit A at, *inter alia*, paragraph 1.a, page 3.  Consequently, SSD understands that it is not

7  required to supplement or provide any additional compliance with respect to discovery or this

8  Court's discovery orders in this matter, unless and until the stay of the underlying action is

9  terminated, and/or upon further direction by the Court.

10

11                                      Respectfully submitted,

12  Dated:  August 9, 2007              SQUIRE, SANDERS & DEMPSEY L.L.P

13                                      By:_____/s/Diane L. Gibson_____
                                              Diane L. Gibson

14

15                                      Attorneys for Non-Party, Rule 45 Subpoena
                                        Recipient Squire, Sanders & Dempsey L.L.P.

16  SANFRANCISCO/229575.1

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ENTRY OF STAY IN UNDERLYING
ACTION

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)