UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGELES CHEMICAL CO, INC. Et al.,

    Plaintiff,

  v.

MCKESSON CORP., et al,

    Defendant.

CASE NO. C06-199-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Univar's Notice (Dkt. No. 31) regarding a stipulation to stay these proceedings filed in the underlying action in the Central District of California (C01-10532-TJH). This matter is hereby STAYED for forty-five days and the pending discovery motion (Dkt. No. 23) is hereby STRICKEN subject to renoting upon the conclusion of the litigation stay. The parties are hereby ORDERED to NOTIFY the Court if and when this motion should be restored to the Court's motions calendar and renoted for consideration.

DATED this 10th day of August, 2007.    BRUCE RIFKIN, Clerk of Court

By _/s/ C. Ledesma_
    Deputy Clerk

MINUTE ORDER – 1