1   SQUIRE, SANDERS & DEMPSEY L.L.P.
     Diane L. Gibson (State Bar # 114825)
2   One Maritime Plaza, Suite 300
     San Francisco, CA  94111-3492
3   Telephone:   +1.415.954.0200
     Facsimile:   +1.415.393.9887
4   Email:    digibson@ssd.com

5   Attorneys for Non-Party, Rule 45 Subpoena
     Recipient SQUIRE, SANDERS & DEMPSEY LLP

6

7

8                  **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  ANGELES CHEMICAL COMPANY,<br>     INC.,  a California corporation, *et al.*,<br>12<br>           Plaintiff,<br>13<br>14       vs.<br><br>     MCKESSON CORPORATION, a<br>15  California corporation, *et al.*,<br>16          Defendant.<br>17<br>18<br>19 | Northern District Miscellaneous Matter<br>Case No.  C 06-80343 Misc MMC (EDL)<br>Case No. C 07-80123 Misc MMC (EDL)<br><br>Case No. 01-10532 TJH (Ex)<br>Central District of California<br><br>**[PROPOSED] ORDER RE: SQUIRE,<br>SANDERS & DEMPSEY L.L.P.'S<br>REQUEST FOR ORDER CONSISTENT<br>WITH DISTRICT COURT ORDER IN<br>CENTRAL DISTRICT ACTION NO. 01-<br>10532 TJH (Ex) CONFIRMING EFFECT<br>OF STAY OF UNDERLYING ACTION<br>AND/OR ORDER STAYING SQUIRE,<br>SANDERS & DEMPSEY L.L.P.'S<br>RESPONSE TO DISCOVERY ORDERS** |

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

[PROPOSED] ORDER RE: REQUEST FOR
ORDER RE: ENTRY OF STAY
SANFRANCISCO/229911.1

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

1    IT IS HEREBY ORDERED,

2         Non-party, Rule 45 subpoena recipient Squire, Sanders & Dempsey, L.L.P.'s ("SSD's")

3    response to discovery and/or orders in this matter is stayed for the duration of the stay of the

4    underlying litigation, Case No. 01-10532 TJH, Central District of California.

5

6    Dated:_____         _____

7                                                    ELIZABETH D. LAPORTE
                                                     Magistrate Judge of the Northern District

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

[PROPOSED] ORDER RE: REQUEST FOR
ORDER RE: ENTRY OF STAY
SANFRANCISCO/229911.1                 - 1 -

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)