| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
|   | Diane L. Gibson (State Bar # 114825) |
| 2 | One Maritime Plaza, Suite 300 |
|   | San Francisco, CA  94111-3492 |
| 3 | Telephone:  +1.415.954.0200 |
|   | Facsimile:   +1.415.393.9887 |
| 4 | Email:         digibson@ssd.com |
| 5 | Attorneys for Non-Party, Rule 45 Subpoena |
|   | Recipient SQUIRE, SANDERS & DEMPSEY LLP |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., a California corporation, *et al.*, | Northern District Miscellaneous Matter<br>Case No.  C 06-80343 Misc MMC (EDL)<br>Case No. C 07-80123 Misc MMC (EDL) |
| Plaintiff, | |
| vs. | Case No. 01-10532 TJH (Ex)<br>Central District of California |
| MCKESSON CORPORATION, a California corporation, *et al.*, | [PROPOSED] **ORDER RE: SQUIRE, SANDERS & DEMPSEY L.L.P.'S REQUEST FOR ORDER CONSISTENT WITH DISTRICT COURT ORDER IN CENTRAL DISTRICT ACTION NO. 01-10532 TJH (Ex) CONFIRMING EFFECT OF STAY OF UNDERLYING ACTION AND/OR ORDER STAYING SQUIRE, SANDERS & DEMPSEY L.L.P.'S RESPONSE TO DISCOVERY ORDERS** |
| Defendant. | |

[PROPOSED] ORDER RE: REQUEST FOR
ORDER RE: ENTRY OF STAY
SANFRANCISCO/229911.1

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

1  IT IS HEREBY ORDERED,

2  Non-party, Rule 45 subpoena recipient Squire, Sanders & Dempsey, L.L.P.'s ("SSD's")

3  response to discovery and/or orders in this matter is stayed for the duration of the stay of the

4  underlying litigation, Case No. 01-10532 TJH, Central District of California.

6  Dated: August 16, 2007

   *IT IS SO ORDERED*
   *Judge Elizabeth D. Laporte*

   ELIZABETH D. LAPORTE
   Magistrate Judge of the Northern District

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

[PROPOSED] ORDER RE: REQUEST FOR
ORDER RE: ENTRY OF STAY
SANFRANCISCO/229911.1                    - 1 -

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)