1  Jeffery L. Caufield (SBN 166524)
   jeff@caufieldjames.com
2  Kenneth E. James (SBN 173775)
   ken@caufieldjames.com
3  CAUFIELD & JAMES, LLP
   2851 Camino Del Rio South, Suite 250
4  San Diego, California 92108
   Telephone: 619-325-0441
5  Facsimile : 619-325-0231

6  Attorneys for Plaintiffs, Greve Financial
   Services, Inc., Angeles Chemical Company,
7  Inc., and John Locke

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  ANGELES CHEMICAL COMPANY, INC., a ) California Corporation, GREVE FINANCIAL ) 11  SERVICES, INC., a California Corporation, ) and JOHN LOCKE, an Individual, ) 12                                                   ) Plaintiffs,                       ) 13                                                   )                       vs.            ) 14                                                   ) MCKESSON CORPORATION, a California ) 15  Corporation, et. al.,                    )                                                   ) 16            Defendants.                ) | Northern District Miscellaneous Matter No. Case No. C 06-80343 Misc MMC (EDL) Case No. C 07-80123 Misc MMC (EDL)  Central District of California Case No: 01-10532 TJH (Ex)  SUPPLEMENTAL DECLARATION OF JEFFERY L. CAUFIELD IN SUPPORT OF ANGELES' MOTION TO COMPEL THELEN & REID TO PRODUCE DOCUMENTS  Date:  October 9, 2007 Time:  9:00 a.m. Room: E Judge: Judge Elizabeth D. Laporte |

I, Jeffery L. Caufield, declare as follows:

1. I am an attorney of record for Plaintiffs and Counter-Defendants, Greve Financial Services, Inc., a California corporation, Angeles Chemical Company, Inc., a California corporation, and John Locke, an individual (collectively, "Angeles") in the above entitled action.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the December 15, 2005 Order from the Honorable James W. McMahon regarding Angeles' Motion to Compel Production of Documents.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the July 30, 2003 letter from Univar to Angeles.

4. After receiving Univar's July 30, 2003 response, Angeles followed up with multiple requests for production, subpoenas and meet and confers to McKesson requesting the missing "Univar" Documents.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the February 23, 1994 letter.

6. On June 22, 2005 Angeles served Univar with a "Consolidated Amended Notice of Request for Production of Documents And Taking of Depositions of Persons Most Knowledgeable to FRCP 45 of Univar, USA, Inc." McKesson objected to the subpoena and once again, Univar asserted that McKesson had all of the documents.

7. Angeles went back to McKesson demanding the aforementioned documents, which McKesson refused to look for until early December 2005, over 4 years after the initiation of this litigation.

8. Attached hereto as **Exhibit 4** is a true and correct copy of the January 16, 2006 letter from McKesson to Angeles.

9. Attached hereto as **Exhibit 5** is a true and correct copy of the December 1, 2005 email from Angeles to McKesson.

10. Attached hereto as **Exhibit 6** is a true and correct copy of the January 18, 2006 letter from Angeles to McKesson.

11. In response to Angeles' December email, McKesson agreed to contact Univar and determine whether Univar had any documents responsive to the outstanding discovery requests.

12. Attached hereto as **Exhibit 7** is a true and correct copy of the December 12, 2005 letter from McKesson to Angeles.

Motion to Compel Documents                                    Northern District Misc. Matter
                                                              Case No. C 07-80123 Misc MMC (EDL)

13. Attached hereto as **Exhibit 8** is a true and correct copy of relevant pages from Squire, Sanders & Dempsey LLP's Revised Privilege Log Produced on July 25, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Diego, California on September 25, 2007.

Caufield & James, LLP

_____
Jeffery L. Caufield, Esq.
Attorney for Plaintiff/Counter-Defendant

Motion to Compel Documents

2

Northern District Misc. Matter
Case No. C 07-80123 Misc MMC (EDL)