IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>Defendant. | No. C-06-80343 Misc. MMC (EDL)<br><br>Related Case<br>No. C-07-80123 Misc. MMC (EDL)<br><br>**ORDER COMPELLING PRODUCTION** |

Angeles Chemical Company's ("Angeles") motion to compel production of documents from the law firm Thelen Reid came for hearing before this Court on October 9, 2007. For the reasons stated at the hearing, the motion is GRANTED IN PART. At the hearing, Thelen Reid represented to the Court that it had a handful of copies of documents responsive to Angeles' subpoena. Thelen Reid shall produce those copies.

**IT IS SO ORDERED.**

Dated: October 9, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge